UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25762-BECERRA/TORRES

CRISTIAN CAMILO BLANCO ACOSTA,

    Plaintiff,

vs.

JCRB INC. D/B/A BISTRO CAFÉ,
JAN KARLO RUIZ ORTIZ, AND
TAMARA PEREZ FELICIANO,

    Defendants.
_____/

## NOTICE OF APPEARANCE AS COUNSEL FOR PLAINTIFF

    Patrick Brooks LaRou, Esq. of the FairLaw Firm hereby notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Cristian Camilo Blanco Acosta, and requests that all pleadings, correspondence, and documents related to this case be served on him at the below address / email address.

    Respectfully submitted this 12th day of December 2025,

                                                     s/ Patrick Brooks LaRou
                                                   Patrick Brooks LaRou, Esq.
                                                   Florida Bar No. 1039018
                                                   brooks@fairlawattorney.com
                                                   **FAIRLAW FIRM**
                                                   135 San Lorenzo Avenue, Suite 770
                                                   Coral Gables, Florida 33146
                                                   Telephone: (305) 230-4884
                                                   *Counsel for Plaintiff*