UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25762-BECERRA/TORRES

CRISTIAN CAMILO BLANCO ACOSTA,

    Plaintiff,

vs.

JCRB INC. D/B/A BISTRO CAFÉ,
JAN KARLO RUIZ ORTIZ, AND
TAMARA PEREZ FELICIANO,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF FILING RETURN OF SERVICE ON DEFENDANT, JCRB INC. D/B/A BISTRO CAFÉ

Plaintiff, Cristian Camilo Blanco Acosta, hereby files the Return of Service on Defendant, JCRB Inc. d/b/a Bistro Café (served on December 16, 2025).

Respectfully submitted this 17th day of December 2025,

                                          s/ Patrick Brooks LaRou
                                          Brian H. Pollock, Esq. (174742)
                                          brian@fairlawattorney.com
                                          Patrick Brooks LaRou, Esq. (1039018)
                                          brooks@fairlawattorney.com
                                          FAIRLAW FIRM
                                          135 San Lorenzo Avenue, Suite 770
                                          Coral Gables, Florida 33146
                                          Telephone: (305) 230-4884
                                          *Counsel for Plaintiff*