## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:25-CV-25762-JB

Plaintiff:
**Cristian Camilo Blanco Acosta**

vs.

Defendant:
**JCRB Inc. d/b/a Bistro Café, Jan Karlo Ruiz Ortiz, and Tamara Perez Feliciano**

For:
Brian Pollock, Esq.
FairLaw Firm
135 San Lorenzo Avenue, Suite 770
Coral Gables, FL 33146

Received by Miami PSPI, LLC on the 10th day of December, 2025 at 3:18 pm to be served on **JCRB Inc. d/b/a Bistro Café c/o CARR, RIGGS & INGRAM LLC, Registered Agent, 5805 Blue Lagoon Drive, #200, Miami, FL 33126**.

I, Joseph Onega, do hereby affirm that on the **16th day of December, 2025** at **10:50 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Jasmine Mendoza, administrator, as Authorized Employee Of Registered Agent,** for JCRB Inc. d/b/a Bistro Café c/o CARR, RIGGS & INGRAM LLC, Registered Agent, at the address of: **5805 Blue Lagoon Drive, #200, Miami, FL 33126**, and informed said person of the contents therein, in compliance with Florida statute 48.081.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: Hispanic, Height: 5'5", Weight: 135, Hair: Black, Glasses: Y

Under penalties of perjury, I swear or affirm, pursuant to Fla. Stat. § 92.525 that I have read the foregoing and the facts stated there are true.  I am over the age of 18, have no interest in the above action, and am a Certified Process Server in good standing in the county in which service was made.

**Joseph Onega**
CPS 1861; SPS 1253

**Miami PSPI, LLC
1800 Coral Way, Suite 1511
Miami, FL 33145
(305) 285-4321**

Our Job Serial Number: NAY-2025001938