UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-CV-25762-JB

CRISTIAN CAMILO BLANCO
ACOSTA,

    Plaintiff,

v.

JCRB INC. D/B/A BISTRO CAFE, JAN
KARLO RUIZ ORTIZ, and TAMARA
PEREZ FELICIANO

    Defendants.                    /

### JCRB INC.'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, JCRB Inc. d/b/a Bistro Café, by and through undersigned counsel, hereby moves for an extension of time to file a response to Plaintiff, Cristian Camilo Blanco Acosta's Complaint and in support states as follows:

1.    Plaintiff served Defendant JCRB Inc. d/b/a Bistro Café ("Bistro Café") with the Complaint on December 16, 2025. Accordingly, Bistro Café's deadline to respond to the Complaint is currently January 6, 2026.

2.    On December 18, 2025, Plaintiff requested individually named Defendants Jan Karlo Ruiz Ortiz and Tamara Perez Feliciano to waive service of process. Each has consented to do so. The deadline for the Defendants Jan Karlo Ruiz Ortiz and Tamara Perez Feliciano to respond to the Complaint is February 16, 2026.

3.    Bistro Café is investigating the allegations and working to prepare its response to the Complaint. However, it requires additional time to do so. Bistro Café is requesting an extension of time, through and including February 16, 2026, to respond to the Complaint. This would allow

Bistro Café time to evaluate the allegations and prepare a response, and would allow all Defendants to respond simultaneously.

4. Counsel for Bistro Café has conferred with Counsel for Plaintiff, who has no objection to the relief sought.

5. Bistro Café brings this Motion in good faith and not for the purpose of delay. Given the early state of this case, an extension through and including February 16, 2026, will not affect any other deadlines and will not prejudice the parties.

6. Pursuant to Local Rule 7.1(a)(2), a proposed order is attached as **Exhibit "A"** and will be submitted to the Court.

WHEREFORE, good cause having been shown, Defendant, JCRB Inc. d/b/a Bistro Café, respectfully moves this Court to enter an order granting an extension through and including February 16, 2026 for Defendant JCRB Inc. d/b/a Bistro Café to respond to the Complaint and award all other relief the Court deems just and proper.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), I hereby certify that counsel for Defendant has conferred with counsel for Plaintiff, who does not oppose the relief sought herein.

Dated: January 5, 2026

Respectfully submitted,

*/s/ Holly Griffin Goodman*
HOLLY GRIFFIN GOODMAN
Florida Bar No. 93213
Email: hgoodman@gunster.com
GUNSTER YOAKLEY & STEWART, P.A.
777 South Flagler Drive
Suite 500 East
West Palm Beach, FL 33401-6194
Phone: 561-655-1980
Fax: (561) 655-5677
*Attorney for Defendant*

ACTIVE:38995027.1