**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-CV-25762-JB**

CRISTIAN CAMILO BLANCO ACOSTA,

    Plaintiff,

v.

JCRB INC. D/B/A BISTRO CAFE, JAN KARLO RUIZ ORTIZ, and TAMARA PEREZ FELICIANO

    Defendants.                              /

---

**ORDER GRANTING JCRB INC.'S *UNOPPOSED* MOTION**
**FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

THIS CAUSE having come before the Court upon Defendant, JCRB Inc.'s Unopposed Motion for Extension of Time to Respond to Complaint, and the Court, having reviewed the motion and being advised in its premises, it is hereby:

**ORDERED AND ADJUDGED** that:

1. The Unopposed Motion for Extension of Time to Respond to Complaint is **GRANTED**.

2. Defendant JCRB Inc. shall have up through and including February 16, 2026 to respond to the Complaint.

Dated this _____ day of January, 2026.

                                                                        Jacqueline Becerra
                                                                        United States District Court Judge

Cc:    All Counsel of Record