UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25762-BECERRA/TORRES

CRISTIAN CAMILO BLANCO ACOSTA,

    Plaintiff,

v.

JCRB INC. D/B/A BISTRO CAFÉ,
JAN KARLO RUIZ ORTIZ, AND
TAMARA PEREZ FELICIANO,

    Defendants.
_____/

### NOTICE OF FILING WAIVERS OF SERVICE

    Plaintiff, Cristian Camilo Blanco Acosta, by and through undersigned counsel, hereby gives notice of filing the executed **Waivers of the Service of Summons** for the following Defendants:

1. **Jan Karlo Ruiz Ortiz** (executed on January 5, 2026).
2. **Tamara Perez Feliciano** (executed on January 5, 2026).

The waivers were signed by **Holly Griffin Goodman, Esq.**, counsel for the Defendants, and are attached hereto as **Exhibit A** and **Exhibit B**.

    Respectfully submitted this 5th day of January 2026,

                                                    s/ Patrick Brooks LaRou
                                                  Brian H. Pollock, Esq. (174742)
                                                  brian@fairlawattorney.com
                                                  Patrick Brooks LaRou, Esq. (1039018)
                                                  brooks@fairlawattorney.com
                                                  FAIRLAW FIRM
                                                  135 San Lorenzo Avenue, Suite 770
                                                  Coral Gables, Florida 33146
                                                  Telephone: (305) 230-4884
                                                  *Counsel for Plaintiff*