UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25762-BECERRA/TORRES

CRISTIAN CAMILO BLANCO ACOSTA,

      Plaintiff,

vs.

JCRB INC. D/B/A BISTRO CAFÉ,
JAN KARLO RUIZ ORTIZ, and
TAMARA PEREZ FELICIANO,

      Defendants.
_____/

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Plaintiff, Cristian Camilo Blanco Acosta, identifies the following persons and entities with an interest in the outcome of this action, as follows:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

    a)     Cristian Camilo Blanco Acosta – Plaintiff;

    b)     Sergio Ardila Ortiz – putative member of the proposed Rule 23 class asserted under 26 U.S.C. § 7434;

    c)     Brian H. Pollock, Esq. – counsel for Plaintiff and for Sergio Ardila Ortiz;

    d)     Patrick Brooks LaRou, Esq. – counsel for Plaintiff and for Sergio Ardila Ortiz;

    e)     Law Office of Brian H. Pollock, P.A. d/b/a FairLaw Firm – counsel for Plaintiff and for Sergio Ardila Ortiz;

    f)     JCRB Inc. d/b/a Bistro Café – Defendant;

1

  g)  Jan Karlo Ruiz Ortiz – Defendant;

  h)  Tamara Perez Feliciano – Defendant;

  i)  Holly Griffin Goodman, Esq. – counsel for Defendants;

  j)  Gunster Yoakley & Stewart, P.A. – counsel for Defendants.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

  None known to Plaintiff.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

  None known to Plaintiff.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

  Plaintiff Cristian Camilo Blanco Acosta, Sergio Ardila Ortiz, and all other similarly situated employees of Defendant JCRB Inc. d/b/a Bistro Café who are putative members of the proposed Rule 23 class asserted under 26 U.S.C. § 7434.

5. Check one of the following:

_X_ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

     -or-

____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

2

Respectfully submitted this 29th day of January 2026,

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

3

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
*www.fairlawattorney.com*