UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-CV-25762-JB

CRISTIAN CAMILO BLANCO ACOSTA,

    Plaintiff,

v.

JCRB INC. D/B/A BISTRO CAFE, JAN KARLO RUIZ ORTIZ, and TAMARA PEREZ FELICIANO

    Defendants.                                    /

## **DEFENDANTS' INITIAL DISCLOSURES**

Defendants JCRB Inc. d/b/a Bistro Café ("Bistro Cafe"), Jan Karlo Ruiz Ortiz, and Tamara Perez Feliciano (collectively "Defendants"), by and through their undersigned counsel and pursuant to the Court's Order Setting Procedures [DE 4], submit the following list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case (including all subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party), and corporate disclosures.

### **INTERESTED PERSONS**

1. Cristian Camilo Blanco Acosta (Plaintiff)
2. Sergio Ardila Ortiz (Plaintiff)
3. Brian H. Pollock and Patrick Brooks Larou at the Fairlaw Firm (Counsel for Plaintiff)
4. JCRB Inc. d/b/a Bistro Cafe (Defendant)
5. Jan Karlo Ruiz Ortiz (Defendant)
6. Tamara Perez Feliciano (Defendant)

7. Gunster, Yoakley & Stewart P.A. (Counsel for Defendants)

**DEFENDANT'S CORPORATE DISCLOSURES**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant, JCRB, Inc., states that it does not have a parent corporation, and no publicly held corporation owns ten percent or more of its stock.

Dated: March 4, 2026                             Respectfully submitted,

*/s/ Holly Griffin Goodman*
HOLLY GRIFFIN GOODMAN
Florida Bar No. 93213
Email: hgoodman@gunster.com
GUNSTER YOAKLEY & STEWART, P.A.
777 South Flagler Drive
Suite 500 East
West Palm Beach, FL 33401-6194
Phone: 561-655-1980
Fax: (561) 655-5677
*Attorney for Defendant*