| Dates Worked | | | Hours Worked | | | | | Rates of Pay | | | | Statutory Rates | | | | | Calculation of Wages Owed | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Period Start | Period End | Pay Date | Reg. Hours | OT Hours | Tipped Hours | Tip OT Hours | Total Hours | Reg. Rate Paid | OT Rate | Tipped Rate | Tip OT Rate | MW | FL MW | FL OT | FL Tip MW | FL Tip OT | Amount Paid | Proper MW | MW Owed | Proper FL MW | FL MW Owed | Proper OT | Total OT Paid | OT Owed |
| 4/4/22 | 4/10/22 | 4/13/22 | 5.00 | 0.00 | 0.00 | 0.00 | 5.00 | $10.00 | $15.00 | $6.98 | $0.00 | $7.25 | $10.00 | $15.00 | $6.98 | $11.98 | $50.00 | $36.25 | $0.00 | $50.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4/11/22 | 4/17/22 | 4/20/22 | 40.00 | 2.09 | 0.00 | 0.00 | 42.09 | $10.00 | $15.00 | $6.98 | $0.00 | $7.25 | $10.00 | $15.00 | $6.98 | $11.98 | $431.35 | $305.15 | $0.00 | $420.90 | $0.00 | $31.35 | $31.35 | $0.00 |
| 4/18/22 | 4/24/22 | 4/27/22 | 40.00 | 1.56 | 0.00 | 0.00 | 41.56 | $10.00 | $15.00 | $6.98 | $0.00 | $7.25 | $10.00 | $15.00 | $6.98 | $11.98 | $423.40 | $301.31 | $0.00 | $415.60 | $0.00 | $23.40 | $23.40 | $0.00 |
| 4/25/22 | 5/1/22 | 5/4/22 | 38.65 | 0.00 | 0.00 | 0.00 | 38.65 | $10.00 | $15.00 | $6.98 | $0.00 | $7.25 | $10.00 | $15.00 | $6.98 | $11.98 | $386.50 | $280.21 | $0.00 | $386.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/2/22 | 5/8/22 | 5/11/22 | 40.00 | 3.63 | 0.00 | 0.00 | 43.63 | $10.00 | $15.00 | $6.98 | $0.00 | $7.25 | $10.00 | $15.00 | $6.98 | $11.98 | $454.45 | $316.32 | $0.00 | $436.30 | $0.00 | $54.45 | $54.45 | $0.00 |
| 5/9/22 | 5/15/22 | 5/19/22 | 39.78 | 0.00 | 0.00 | 0.00 | 39.78 | $10.00 | $15.00 | $6.98 | $0.00 | $7.25 | $10.00 | $15.00 | $6.98 | $11.98 | $397.80 | $288.41 | $0.00 | $397.80 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5/16/22 | 5/22/22 | 5/25/22 | 40.00 | 0.53 | 0.00 | 0.00 | 40.53 | $10.00 | $15.00 | $6.98 | $0.00 | $7.25 | $10.00 | $15.00 | $6.98 | $11.98 | $407.95 | $293.84 | $0.00 | $405.30 | $0.00 | $7.95 | $7.95 | $0.00 |
| 5/23/22 | 5/29/22 | 6/1/22 | 40.00 | 3.72 | 0.00 | 0.00 | 43.72 | $10.00 | $15.00 | $6.98 | $0.00 | $7.25 | $10.00 | $15.00 | $6.98 | $11.98 | $455.80 | $316.97 | $0.00 | $437.20 | $0.00 | $55.80 | $55.80 | $0.00 |
| 5/30/22 | 6/5/22 | 6/8/22 | 40.00 | 3.47 | 0.00 | 0.00 | 43.47 | $10.00 | $15.00 | $6.98 | $0.00 | $7.25 | $10.00 | $15.00 | $6.98 | $11.98 | $452.05 | $315.16 | $0.00 | $434.70 | $0.00 | $52.05 | $52.05 | $0.00 |
| 6/6/22 | 6/12/22 | 6/15/22 | 40.00 | 1.30 | 0.00 | 0.00 | 41.30 | $10.00 | $15.00 | $6.98 | $0.00 | $7.25 | $10.00 | $15.00 | $6.98 | $11.98 | $419.50 | $299.43 | $0.00 | $413.00 | $0.00 | $19.50 | $19.50 | $0.00 |
| 6/13/22 | 6/19/22 | 6/22/22 | 40.00 | 3.08 | 0.00 | 0.00 | 43.08 | $10.00 | $15.00 | $6.98 | $0.00 | $7.25 | $10.00 | $15.00 | $6.98 | $11.98 | $446.20 | $312.33 | $0.00 | $430.80 | $0.00 | $46.20 | $46.20 | $0.00 |
| 6/20/22 | 6/26/22 | 6/29/22 | 40.00 | 2.30 | 0.00 | 0.00 | 42.30 | $10.00 | $15.00 | $6.98 | $0.00 | $7.25 | $10.00 | $15.00 | $6.98 | $11.98 | $434.50 | $306.68 | $0.00 | $423.00 | $0.00 | $34.50 | $34.50 | $0.00 |
| 6/27/22 | 7/3/22 | 7/6/22 | 40.00 | 1.43 | 0.00 | 0.00 | 41.43 | $10.00 | $15.00 | $6.98 | $0.00 | $7.25 | $10.00 | $15.00 | $6.98 | $11.98 | $421.45 | $300.37 | $0.00 | $414.30 | $0.00 | $21.45 | $21.45 | $0.00 |
| 7/4/22 | 7/10/22 | 7/13/22 | 40.00 | 3.39 | 0.00 | 0.00 | 43.39 | $10.00 | $15.00 | $6.98 | $0.00 | $7.25 | $10.00 | $15.00 | $6.98 | $11.98 | $450.85 | $314.58 | $0.00 | $433.90 | $0.00 | $50.85 | $50.85 | $0.00 |
| 7/11/22 | 7/17/22 | 7/20/22 | 40.00 | 2.28 | 0.00 | 0.00 | 42.28 | $10.00 | $15.00 | $6.98 | $0.00 | $7.25 | $10.00 | $15.00 | $6.98 | $11.98 | $434.20 | $306.53 | $0.00 | $422.80 | $0.00 | $34.20 | $34.20 | $0.00 |
| 7/18/22 | 7/24/22 | 7/27/22 | 40.00 | 2.59 | 0.00 | 0.00 | 42.59 | $10.00 | $15.00 | $6.98 | $0.00 | $7.25 | $10.00 | $15.00 | $6.98 | $11.98 | $438.85 | $308.78 | $0.00 | $425.90 | $0.00 | $38.85 | $38.85 | $0.00 |
| 7/25/22 | 7/31/22 | 8/3/22 | 40.00 | 4.17 | 0.00 | 0.00 | 44.17 | $10.00 | $15.00 | $6.98 | $0.00 | $7.25 | $10.00 | $15.00 | $6.98 | $11.98 | $462.55 | $320.23 | $0.00 | $441.70 | $0.00 | $62.55 | $62.55 | $0.00 |
| 8/1/22 | 8/7/22 | 8/10/22 | 40.00 | 1.72 | 0.00 | 0.00 | 41.72 | $10.00 | $15.00 | $6.98 | $0.00 | $7.25 | $10.00 | $15.00 | $6.98 | $11.98 | $425.80 | $302.47 | $0.00 | $417.20 | $0.00 | $25.80 | $25.80 | $0.00 |
| 8/8/22 | 8/14/22 | 8/17/22 | 36.25 | 0.00 | 0.00 | 0.00 | 36.25 | $10.00 | $15.00 | $6.98 | $0.00 | $7.25 | $10.00 | $15.00 | $6.98 | $11.98 | $362.50 | $262.81 | $0.00 | $362.50 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8/15/22 | 8/21/22 | 8/24/22 | 40.00 | 2.02 | 0.00 | 0.00 | 42.02 | $10.00 | $15.00 | $6.98 | $0.00 | $7.25 | $10.00 | $15.00 | $6.98 | $11.98 | $430.30 | $304.65 | $0.00 | $420.20 | $0.00 | $30.30 | $30.30 | $0.00 |
| 8/22/22 | 8/28/22 | 8/31/22 | 31.55 | 0.00 | 6.98 | 0.00 | 38.53 | $10.00 | $15.00 | $6.98 | $0.00 | $7.25 | $10.00 | $15.00 | $6.98 | $11.98 | $364.22 | $279.34 | $0.00 | $385.30 | $21.08 | $0.00 | $0.00 | $0.00 |
| 8/29/22 | 9/4/22 | 9/7/22 | 26.45 | 0.00 | 13.00 | 0.00 | 39.45 | $10.00 | $15.00 | $6.98 | $0.00 | $7.25 | $10.00 | $15.00 | $6.98 | $11.98 | $355.24 | $286.01 | $0.00 | $394.50 | $39.26 | $0.00 | $0.00 | $0.00 |
| 9/5/22 | 9/11/22 | 9/14/22 | 22.04 | 0.00 | 17.96 | 0.00 | 40.00 | $10.00 | $15.00 | $6.98 | $0.00 | $7.25 | $10.00 | $15.00 | $6.98 | $11.98 | $345.76 | $290.00 | $0.00 | $400.00 | $54.24 | $0.00 | $0.00 | $0.00 |
| 9/12/22 | 9/18/22 | 9/21/22 | 22.27 | 0.00 | 17.73 | 0.00 | 40.00 | $10.00 | $15.00 | $6.98 | $0.00 | $7.25 | $10.00 | $15.00 | $6.98 | $11.98 | $346.46 | $290.00 | $0.00 | $400.00 | $53.54 | $0.00 | $0.00 | $0.00 |
| 9/19/22 | 9/25/22 | 9/28/22 | 7.98 | 0.00 | 32.02 | 0.00 | 40.00 | $10.00 | $15.00 | $6.98 | $0.00 | $7.25 | $10.00 | $15.00 | $6.98 | $11.98 | $303.30 | $290.00 | $0.00 | $400.00 | $96.70 | $0.00 | $0.00 | $0.00 |
| 9/26/22 | 10/2/22 | 10/5/22 | 6.05 | 0.00 | 33.87 | 0.00 | 39.92 | $10.00 | $15.00 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $296.91 | $289.42 | $0.00 | $439.12 | $142.21 | $0.00 | $0.00 | $0.00 |
| 10/3/22 | 10/9/22 | 10/12/22 | 5.92 | 0.00 | 32.89 | 0.00 | 38.81 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $294.69 | $281.37 | $0.00 | $426.91 | $132.22 | $0.00 | $0.00 | $0.00 |
| 10/10/22 | 10/16/22 | 10/19/22 | 7.97 | 0.00 | 32.03 | 0.00 | 40.00 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $311.24 | $290.00 | $0.00 | $440.00 | $128.76 | $0.00 | $0.00 | $0.00 |
| 10/17/22 | 10/23/22 | 10/26/22 | 4.90 | 0.00 | 30.23 | 0.00 | 35.13 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $264.91 | $254.69 | $0.00 | $386.43 | $121.52 | $0.00 | $0.00 | $0.00 |
| 10/24/22 | 10/30/22 | 11/2/22 | 8.77 | 0.00 | 31.23 | 0.00 | 40.00 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $314.46 | $290.00 | $0.00 | $440.00 | $125.54 | $0.00 | $0.00 | $0.00 |
| 10/31/22 | 11/6/22 | 11/9/22 | 24.62 | 0.00 | 12.94 | 0.00 | 37.56 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $361.14 | $272.31 | $0.00 | $413.16 | $52.02 | $0.00 | $0.00 | $0.00 |
| 11/7/22 | 11/13/22 | 11/16/22 | 17.72 | 0.00 | 9.70 | 0.00 | 27.42 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $262.63 | $198.80 | $0.00 | $301.62 | $38.99 | $0.00 | $0.00 | $0.00 |
| 11/14/22 | 11/20/22 | 11/23/22 | 25.41 | 0.00 | 14.59 | 8.98 | 48.98 | $11.00 | $16.50 | $6.98 | $12.48 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $493.42 | $355.11 | $0.00 | $538.78 | $45.36 | $148.17 | $112.07 | $36.10 |
| 11/21/22 | 11/27/22 | 11/30/22 | 25.05 | 0.00 | 14.95 | 8.72 | 48.72 | $11.00 | $16.50 | $6.98 | $12.48 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $488.73 | $353.22 | $0.00 | $535.92 | $47.19 | $143.88 | $108.83 | $35.05 |
| 11/28/22 | 12/4/22 | 12/7/22 | 22.78 | 0.00 | 17.22 | 0.00 | 40.00 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $370.78 | $290.00 | $0.00 | $440.00 | $69.22 | $0.00 | $0.00 | $0.00 |
| 12/5/22 | 12/11/22 | 12/14/22 | 7.75 | 0.00 | 27.11 | 0.00 | 34.86 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $274.48 | $252.74 | $0.00 | $383.46 | $108.98 | $0.00 | $0.00 | $0.00 |
| 12/12/22 | 12/18/22 | 12/21/22 | 23.90 | 0.00 | 12.95 | 0.00 | 36.85 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $353.29 | $267.16 | $0.00 | $405.35 | $52.06 | $0.00 | $0.00 | $0.00 |
| 12/19/22 | 12/25/22 | 12/28/22 | 13.82 | 0.00 | 12.95 | 0.00 | 26.77 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $242.41 | $194.08 | $0.00 | $294.47 | $52.06 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | TOTAL: | | | $0.00 | | $1,380.97 | | | $71.15 |

| Dates Worked | | | Hours Worked | | | | | Rates of Pay | | | | Statutory Rates | | | | | Calculation of Wages Owed | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Period Start | Period End | Pay Date | Reg. Hours | OT Hours | Tipped Hours | Tip OT Hours | Total Hours | Reg. Rate | OT Rate | Tipped Rate | Tip OT Rate | MW | FL MW | FL OT | FL Tip MW | FL Tip OT | Amount Paid | Proper MW | MW Owed | Proper FLMW | FLMW Owed | Proper OT | Total OT Paid | OT Owed |
| 12/26/22 | 1/1/23 | 1/4/23 | 6.42 | 0.00 | 33.58 | 0.00 | 40.00 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $305.01 | $290.00 | $0.00 | $440.00 | $134.99 | $0.00 | $0.00 | $0.00 |
| 1/2/23 | 1/8/23 | 1/11/23 | 7.92 | 0.00 | 29.83 | 0.00 | 37.75 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $295.33 | $273.69 | $0.00 | $415.25 | $119.92 | $0.00 | $0.00 | $0.00 |
| 1/9/23 | 1/15/23 | 1/18/23 | 8.40 | 0.00 | 6.98 | 0.00 | 15.38 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $141.12 | $111.51 | $0.00 | $169.18 | $28.06 | $0.00 | $0.00 | $0.00 |
| 1/16/23 | 1/22/23 | 1/25/23 | 17.65 | 0.00 | 22.35 | 4.43 | 44.43 | $11.00 | $16.50 | $6.98 | $12.48 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $405.44 | $322.12 | $0.00 | $488.73 | $83.29 | $73.10 | $55.29 | $17.81 |
| 1/23/23 | 1/29/23 | 2/1/23 | 9.50 | 0.00 | 28.44 | 0.00 | 37.94 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $303.01 | $275.07 | $0.00 | $417.34 | $114.33 | $0.00 | $0.00 | $0.00 |
| 1/30/23 | 2/5/23 | 2/8/23 | 0.00 | 0.00 | 39.29 | 0.00 | 39.29 | $11.00 | $16.50 | $11.00 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $432.19 | $284.85 | $0.00 | $432.19 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2/6/23 | 2/12/23 | 2/15/23 | 8.50 | 0.00 | 29.32 | 0.00 | 37.82 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $298.15 | $274.20 | $0.00 | $416.02 | $117.87 | $0.00 | $0.00 | $0.00 |
| 2/13/23 | 2/19/23 | 2/22/23 | 10.45 | 0.00 | 29.25 | 0.00 | 39.70 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $319.12 | $287.83 | $0.00 | $436.70 | $117.59 | $0.00 | $0.00 | $0.00 |
| 2/20/23 | 2/26/23 | 3/1/23 | 6.93 | 0.00 | 32.51 | 0.00 | 39.44 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $303.15 | $285.94 | $0.00 | $433.84 | $130.69 | $0.00 | $0.00 | $0.00 |
| 2/27/23 | 3/5/23 | 3/8/23 | 6.18 | 0.00 | 30.92 | 0.00 | 37.10 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $283.80 | $268.98 | $0.00 | $408.10 | $124.30 | $0.00 | $0.00 | $0.00 |
| 3/6/23 | 3/12/23 | 3/15/23 | 9.14 | 0.00 | 30.86 | 0.00 | 40.00 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $315.94 | $290.00 | $0.00 | $440.00 | $124.06 | $0.00 | $0.00 | $0.00 |
| 3/13/23 | 3/19/23 | 3/22/23 | 7.53 | 0.00 | 31.81 | 0.00 | 39.34 | $11.00 | $16.50 | $11.00 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $432.74 | $285.22 | $0.00 | $432.74 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3/20/23 | 3/26/23 | 3/29/23 | 9.02 | 0.00 | 30.50 | 0.00 | 39.52 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $312.11 | $286.75 | $0.00 | $434.72 | $122.61 | $0.00 | $0.00 | $0.00 |
| 3/27/23 | 4/2/23 | 4/5/23 | 9.20 | 0.00 | 28.35 | 0.00 | 37.55 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $299.08 | $272.24 | $0.00 | $413.05 | $113.97 | $0.00 | $0.00 | $0.00 |
| 4/3/23 | 4/9/23 | 4/12/23 | 40.00 | 0.65 | 0.00 | 0.00 | 40.65 | $11.00 | $16.50 | $0.00 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $450.73 | $294.71 | $0.00 | $447.15 | $0.00 | $10.73 | $10.73 | $0.00 |
| 4/10/23 | 4/16/23 | 4/19/23 | 7.17 | 0.00 | 32.83 | 0.00 | 40.00 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $308.02 | $290.00 | $0.00 | $440.00 | $131.98 | $0.00 | $0.00 | $0.00 |
| 4/17/23 | 4/23/23 | 4/26/23 | 7.53 | 0.00 | 30.99 | 0.00 | 38.52 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $299.14 | $279.27 | $0.00 | $423.72 | $124.58 | $0.00 | $0.00 | $0.00 |
| 4/24/23 | 4/30/23 | 5/3/23 | 8.43 | 0.00 | 31.34 | 0.00 | 39.77 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $311.48 | $288.33 | $0.00 | $437.47 | $125.99 | $0.00 | $0.00 | $0.00 |
| 5/1/23 | 5/7/23 | 5/10/23 | 6.95 | 0.00 | 33.05 | 0.00 | 40.00 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $307.14 | $290.00 | $0.00 | $440.00 | $132.86 | $0.00 | $0.00 | $0.00 |
| 5/8/23 | 5/14/23 | 5/17/23 | 8.87 | 0.00 | 30.60 | 0.00 | 39.47 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $311.16 | $286.16 | $0.00 | $434.17 | $123.01 | $0.00 | $0.00 | $0.00 |
| 5/15/23 | 5/21/23 | 5/24/23 | 6.85 | 0.00 | 30.67 | 0.00 | 37.52 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $289.43 | $272.02 | $0.00 | $412.72 | $123.29 | $0.00 | $0.00 | $0.00 |
| 5/22/23 | 5/28/23 | 5/31/23 | 6.45 | 0.00 | 30.46 | 0.00 | 36.91 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $283.56 | $267.60 | $0.00 | $406.01 | $122.45 | $0.00 | $0.00 | $0.00 |
| 5/29/23 | 6/4/23 | 6/7/23 | 6.72 | 0.00 | 32.28 | 0.00 | 39.00 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $299.23 | $282.75 | $0.00 | $429.00 | $129.77 | $0.00 | $0.00 | $0.00 |
| 6/5/23 | 6/11/23 | 6/14/23 | 0.00 | 0.00 | 36.28 | 0.00 | 36.28 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $253.23 | $263.03 | $9.80 | $399.08 | $145.85 | $0.00 | $0.00 | $0.00 |
| 6/12/23 | 6/18/23 | 6/21/23 | 0.00 | 0.00 | 39.35 | 0.00 | 39.35 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $274.66 | $285.29 | $10.62 | $432.85 | $158.19 | $0.00 | $0.00 | $0.00 |
| 6/19/23 | 6/25/23 | 6/28/23 | 7.45 | 0.00 | 28.10 | 0.00 | 35.55 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $278.09 | $257.74 | $0.00 | $391.05 | $112.96 | $0.00 | $0.00 | $0.00 |
| 6/26/23 | 7/2/23 | 7/6/23 | 10.82 | 0.00 | 22.98 | 0.00 | 33.80 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $279.42 | $245.05 | $0.00 | $371.80 | $92.38 | $0.00 | $0.00 | $0.00 |
| 7/3/23 | 7/9/23 | 7/12/23 | 9.25 | 0.00 | 30.75 | 0.00 | 40.00 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $316.39 | $290.00 | $0.00 | $440.00 | $123.62 | $0.00 | $0.00 | $0.00 |
| 7/10/23 | 7/16/23 | 7/19/23 | 6.98 | 0.00 | 33.02 | 0.00 | 40.00 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $307.26 | $290.00 | $0.00 | $440.00 | $132.74 | $0.00 | $0.00 | $0.00 |
| 7/17/23 | 7/23/23 | 7/26/23 | 8.17 | 0.00 | 27.78 | 0.00 | 35.95 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $283.77 | $260.64 | $0.00 | $395.45 | $111.68 | $0.00 | $0.00 | $0.00 |
| 7/24/23 | 7/30/23 | 8/2/23 | 6.90 | 0.00 | 31.22 | 0.00 | 38.12 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $293.82 | $276.37 | $0.00 | $419.32 | $125.50 | $0.00 | $0.00 | $0.00 |
| 7/31/23 | 8/6/23 | 8/9/23 | 7.92 | 0.00 | 23.55 | 0.00 | 31.47 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $251.50 | $228.16 | $0.00 | $346.17 | $94.67 | $0.00 | $0.00 | $0.00 |
| 8/7/23 | 8/13/23 | 8/16/23 | 7.90 | 0.00 | 23.64 | 0.00 | 31.54 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $251.91 | $228.67 | $0.00 | $346.94 | $95.03 | $0.00 | $0.00 | $0.00 |
| 8/14/23 | 8/20/23 | 8/23/23 | 6.97 | 0.00 | 29.13 | 0.00 | 36.10 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $280.00 | $261.73 | $0.00 | $397.10 | $117.10 | $0.00 | $0.00 | $0.00 |
| 8/21/23 | 8/27/23 | 8/30/23 | 7.88 | 0.00 | 28.25 | 0.00 | 36.13 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $283.87 | $261.94 | $0.00 | $397.43 | $113.57 | $0.00 | $0.00 | $0.00 |
| 8/28/23 | 9/3/23 | 9/6/23 | 6.93 | 0.00 | 29.40 | 0.00 | 36.33 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $281.44 | $263.39 | $0.00 | $399.63 | $118.19 | $0.00 | $0.00 | $0.00 |
| 9/4/23 | 9/10/23 | 9/13/23 | 23.37 | 0.00 | 0.00 | 0.00 | 23.37 | $11.00 | $16.50 | $0.00 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $257.07 | $169.43 | $0.00 | $257.07 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9/11/23 | 9/17/23 | 9/20/23 | 6.48 | 0.00 | 29.33 | 0.00 | 35.81 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $276.00 | $259.62 | $0.00 | $393.91 | $117.91 | $0.00 | $0.00 | $0.00 |
| 9/18/23 | 9/24/23 | 9/27/23 | 7.95 | 0.00 | 23.28 | 0.00 | 31.23 | $11.00 | $16.50 | $6.98 | $0.00 | $7.25 | $11.00 | $16.50 | $7.98 | $13.48 | $249.94 | $226.42 | $0.00 | $343.53 | $93.59 | $0.00 | $0.00 | $0.00 |
| 9/25/23 | 10/1/23 | 10/4/23 | 7.85 | 0.00 | 32.15 | 0.00 | 40.00 | $12.00 | $18.00 | $6.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $318.61 | $290.00 | $0.00 | $480.00 | $161.39 | $0.00 | $0.00 | $0.00 |
| 10/2/23 | 10/8/23 | 10/11/23 | 7.45 | 0.00 | 27.97 | 0.00 | 35.42 | $12.00 | $18.00 | $6.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $284.63 | $256.80 | $0.00 | $425.04 | $140.41 | $0.00 | $0.00 | $0.00 |
| 10/9/23 | 10/15/23 | 10/18/23 | 7.98 | 0.00 | 22.02 | 0.00 | 30.00 | $12.00 | $18.00 | $6.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $249.46 | $217.50 | $0.00 | $360.00 | $110.54 | $0.00 | $0.00 | $0.00 |
| 10/16/23 | 10/22/23 | 10/25/23 | 13.55 | 0.00 | 6.98 | 0.00 | 20.53 | $12.00 | $18.00 | $6.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $211.32 | $148.84 | $0.00 | $246.36 | $35.04 | $0.00 | $0.00 | $0.00 |
| 10/23/23 | 10/29/23 | 11/1/23 | 7.42 | 0.00 | 22.16 | 0.00 | 29.58 | $12.00 | $18.00 | $6.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $243.72 | $214.46 | $0.00 | $354.96 | $111.24 | $0.00 | $0.00 | $0.00 |
| 10/30/23 | 11/5/23 | 11/8/23 | 7.65 | 0.00 | 28.28 | 0.00 | 35.93 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $345.75 | $260.49 | $0.00 | $431.16 | $85.41 | $0.00 | $0.00 | $0.00 |
| 11/6/23 | 11/12/23 | 11/15/23 | 5.28 | 0.00 | 30.56 | 0.00 | 35.84 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $337.79 | $259.84 | $0.00 | $430.08 | $92.29 | $0.00 | $0.00 | $0.00 |
| 11/13/23 | 11/19/23 | 11/22/23 | 1.80 | 0.00 | 30.07 | 0.00 | 31.87 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $291.63 | $231.06 | $0.00 | $382.44 | $90.81 | $0.00 | $0.00 | $0.00 |
| 11/20/23 | 11/26/23 | 11/29/23 | 5.98 | 0.00 | 29.57 | 0.00 | 35.55 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $337.30 | $257.74 | $0.00 | $426.60 | $89.30 | $0.00 | $0.00 | $0.00 |
| 11/27/23 | 12/3/23 | 12/6/23 | 6.50 | 0.00 | 8.98 | 0.00 | 15.48 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $158.64 | $112.23 | $0.00 | $185.76 | $27.12 | $0.00 | $0.00 | $0.00 |
| 12/4/23 | 12/10/23 | 12/13/23 | 0.97 | 0.00 | 33.16 | 0.00 | 34.13 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $309.42 | $247.44 | $0.00 | $409.56 | $100.14 | $0.00 | $0.00 | $0.00 |
| 12/11/23 | 12/17/23 | 12/20/23 | 9.88 | 0.00 | 30.12 | 3.39 | 43.39 | $12.00 | $18.00 | $8.98 | $14.98 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $439.82 | $314.58 | $0.00 | $520.68 | $80.86 | $61.02 | $50.78 | $10.24 |
| 12/18/23 | 12/24/23 | 12/27/23 | 1.22 | 0.00 | 31.65 | 0.00 | 32.87 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $298.86 | $238.31 | $0.00 | $394.44 | $95.58 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | | TOTAL: | $20.42 | | $5,318.69 | | | | $28.05 |

| Dates Worked | | | Hours Worked | | | | | Rates of Pay | | | | Statutory Rates | | | | | Calculation of Wages Owed | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Period Start | Period End | Pay Date | Reg. Hours | OT Hours | Tipped Hours | Tip OT Hours | Total Hours | Reg. Rate | OT Rate | Tipped Rate | Tip OT Rate | MW | FL MW | FL OT | FL Tip MW | FL Tip OT | Amount Paid | Proper MW | MW Owed | Proper FLMW | FLMW Owed | Proper OT | Total OT Paid | OT Owed |
| 12/25/23 | 12/31/23 | 1/3/24 | 7.93 | 0.00 | 32.07 | 0.00 | 40.00 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $383.15 | $290.00 | $0.00 | $480.00 | $96.85 | $0.00 | $0.00 | $0.00 |
| 1/1/24 | 1/7/24 | 1/10/24 | 8.45 | 0.00 | 28.28 | 0.00 | 36.73 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $355.35 | $266.29 | $0.00 | $440.76 | $85.41 | $0.00 | $0.00 | $0.00 |
| 1/8/24 | 1/14/24 | 1/17/24 | 13.05 | 0.00 | 22.22 | 0.00 | 35.27 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $356.14 | $255.71 | $0.00 | $423.24 | $67.10 | $0.00 | $0.00 | $0.00 |
| 1/15/24 | 1/21/24 | 1/24/24 | 5.98 | 0.00 | 29.39 | 0.00 | 35.37 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $335.68 | $256.43 | $0.00 | $424.44 | $88.76 | $0.00 | $0.00 | $0.00 |
| 1/22/24 | 1/28/24 | 1/31/24 | 6.22 | 0.00 | 31.27 | 0.00 | 37.49 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $355.44 | $271.80 | $0.00 | $449.88 | $94.44 | $0.00 | $0.00 | $0.00 |
| 1/29/24 | 2/4/24 | 2/7/24 | 0.00 | 0.00 | 39.88 | 0.00 | 39.88 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $358.12 | $289.13 | $0.00 | $478.56 | $120.44 | $0.00 | $0.00 | $0.00 |
| 2/5/24 | 2/11/24 | 2/14/24 | 6.50 | 0.00 | 33.04 | 0.00 | 39.54 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $374.70 | $286.67 | $0.00 | $474.48 | $99.78 | $0.00 | $0.00 | $0.00 |
| 2/12/24 | 2/18/24 | 2/21/24 | 8.34 | 6.39 | 31.66 | 0.00 | 46.39 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $499.41 | $336.33 | $0.00 | $556.68 | $57.27 | $115.02 | $115.02 | $0.00 |
| 2/19/24 | 2/25/24 | 2/28/24 | 6.65 | 0.00 | 32.99 | 0.00 | 39.64 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $376.05 | $287.39 | $0.00 | $475.68 | $99.63 | $0.00 | $0.00 | $0.00 |
| 2/26/24 | 3/3/24 | 3/6/24 | 6.45 | 1.48 | 33.55 | 0.00 | 41.48 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $405.32 | $300.73 | $0.00 | $497.76 | $92.44 | $26.64 | $26.64 | $0.00 |
| 3/4/24 | 3/10/24 | 3/13/24 | 6.60 | 0.00 | 31.93 | 0.00 | 38.53 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $365.93 | $279.34 | $0.00 | $462.36 | $96.43 | $0.00 | $0.00 | $0.00 |
| 3/11/24 | 3/17/24 | 3/20/24 | 6.57 | 0.00 | 33.43 | 1.23 | 41.23 | $12.00 | $18.00 | $8.98 | $14.98 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $397.47 | $298.92 | $0.00 | $494.76 | $97.29 | $22.14 | $18.43 | $3.71 |
| 3/18/24 | 3/24/24 | 3/27/24 | 7.68 | 0.00 | 32.13 | 0.00 | 39.81 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $380.69 | $288.62 | $0.00 | $477.72 | $97.03 | $0.00 | $0.00 | $0.00 |
| 3/25/24 | 3/31/24 | 4/4/24 | 8.62 | 0.00 | 31.38 | 3.64 | 43.64 | $12.00 | $18.00 | $8.98 | $14.98 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $439.76 | $316.39 | $0.00 | $523.68 | $83.92 | $65.52 | $54.53 | $10.99 |
| 4/1/24 | 4/7/24 | 4/10/24 | 8.70 | 0.00 | 29.48 | 0.00 | 38.18 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $369.13 | $276.81 | $0.00 | $458.16 | $89.03 | $0.00 | $0.00 | $0.00 |
| 4/8/24 | 4/14/24 | 4/17/24 | 0.00 | 0.00 | 31.85 | 0.00 | 31.85 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $286.01 | $230.91 | $0.00 | $382.20 | $96.19 | $0.00 | $0.00 | $0.00 |
| 4/15/24 | 4/21/24 | 4/24/24 | 5.68 | 0.00 | 6.40 | 0.00 | 12.08 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $125.63 | $87.58 | $0.00 | $144.96 | $19.33 | $0.00 | $0.00 | $0.00 |
| 4/22/24 | 4/28/24 | 5/1/24 | 7.17 | 0.00 | 29.14 | 0.00 | 36.31 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $347.72 | $263.25 | $0.00 | $435.72 | $88.00 | $0.00 | $0.00 | $0.00 |
| 4/29/24 | 5/5/24 | 5/8/24 | 0.00 | 0.00 | 30.00 | 0.00 | 30.00 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $269.40 | $217.50 | $0.00 | $360.00 | $90.60 | $0.00 | $0.00 | $0.00 |
| 5/6/24 | 5/12/24 | 5/15/24 | 7.82 | 0.00 | 31.30 | 0.00 | 39.12 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $374.91 | $283.62 | $0.00 | $469.44 | $94.53 | $0.00 | $0.00 | $0.00 |
| 5/13/24 | 5/19/24 | 5/22/24 | 6.72 | 0.00 | 28.95 | 0.00 | 35.67 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $340.61 | $258.61 | $0.00 | $428.04 | $87.43 | $0.00 | $0.00 | $0.00 |
| 5/20/24 | 5/26/24 | 5/29/24 | 8.72 | 0.00 | 30.14 | 0.00 | 38.86 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $375.30 | $281.74 | $0.00 | $466.32 | $91.02 | $0.00 | $0.00 | $0.00 |
| 5/27/24 | 6/2/24 | 6/5/24 | 6.22 | 0.00 | 32.92 | 0.00 | 39.14 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $370.26 | $283.77 | $0.00 | $469.68 | $99.42 | $0.00 | $0.00 | $0.00 |
| 6/3/24 | 6/9/24 | 6/12/24 | 7.50 | 1.00 | 32.50 | 0.00 | 41.00 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $399.85 | $297.25 | $0.00 | $492.00 | $92.15 | $18.00 | $18.00 | $0.00 |
| 6/10/24 | 6/16/24 | 6/18/24 | 5.93 | 0.00 | 29.80 | 0.00 | 35.73 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $338.76 | $259.04 | $0.00 | $428.76 | $90.00 | $0.00 | $0.00 | $0.00 |
| 6/17/24 | 6/23/24 | 6/26/24 | 8.95 | 0.00 | 30.23 | 0.00 | 39.18 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $378.87 | $284.06 | $0.00 | $470.16 | $91.29 | $0.00 | $0.00 | $0.00 |
| 6/24/24 | 6/30/24 | 7/3/24 | 0.00 | 0.00 | 33.33 | 0.00 | 33.33 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $299.30 | $241.64 | $0.00 | $399.96 | $100.66 | $0.00 | $0.00 | $0.00 |
| 7/1/24 | 7/7/24 | 7/10/24 | 8.95 | 0.00 | 31.05 | 1.18 | 41.18 | $12.00 | $18.00 | $8.98 | $14.98 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $403.91 | $298.56 | $0.00 | $494.16 | $90.25 | $21.24 | $17.68 | $3.56 |
| 7/8/24 | 7/14/24 | 7/17/24 | 8.03 | 0.00 | 17.81 | 0.00 | 25.84 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $256.29 | $187.34 | $0.00 | $310.08 | $53.79 | $0.00 | $0.00 | $0.00 |
| 7/15/24 | 7/21/24 | 7/24/24 | 7.63 | 0.00 | 23.42 | 0.00 | 31.05 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $301.87 | $225.11 | $0.00 | $372.60 | $70.73 | $0.00 | $0.00 | $0.00 |
| 7/22/24 | 7/28/24 | 7/31/24 | 7.80 | 0.00 | 21.75 | 0.00 | 29.55 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $288.92 | $214.24 | $0.00 | $354.60 | $65.69 | $0.00 | $0.00 | $0.00 |
| 7/29/24 | 8/4/24 | 8/7/24 | 8.40 | 0.00 | 29.60 | 0.00 | 38.00 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $366.61 | $275.50 | $0.00 | $456.00 | $89.39 | $0.00 | $0.00 | $0.00 |
| 8/5/24 | 8/11/24 | 8/14/24 | 6.62 | 0.00 | 8.98 | 0.00 | 15.60 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $160.08 | $113.10 | $0.00 | $187.20 | $27.12 | $0.00 | $0.00 | $0.00 |
| 8/12/24 | 8/18/24 | 8/21/24 | 6.97 | 0.00 | 30.40 | 0.00 | 37.37 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $356.63 | $270.93 | $0.00 | $448.44 | $91.81 | $0.00 | $0.00 | $0.00 |
| 8/19/24 | 8/25/24 | 8/28/24 | 6.48 | 0.00 | 29.74 | 0.00 | 36.22 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $344.83 | $262.60 | $0.00 | $434.64 | $89.81 | $0.00 | $0.00 | $0.00 |
| 8/26/24 | 9/1/24 | 9/4/24 | 5.88 | 0.00 | 29.98 | 0.00 | 35.86 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $339.78 | $259.99 | $0.00 | $430.32 | $90.54 | $0.00 | $0.00 | $0.00 |
| 9/2/24 | 9/8/24 | 9/11/24 | 5.45 | 0.00 | 15.90 | 0.00 | 21.35 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $208.18 | $154.79 | $0.00 | $256.20 | $48.02 | $0.00 | $0.00 | $0.00 |
| 9/9/24 | 9/15/24 | 9/18/24 | 3.90 | 0.00 | 13.65 | 0.00 | 17.55 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $169.38 | $127.24 | $0.00 | $210.60 | $41.22 | $0.00 | $0.00 | $0.00 |
| 9/16/24 | 9/22/24 | 9/25/24 | 12.42 | 0.00 | 20.62 | 0.00 | 33.04 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $334.21 | $239.54 | $0.00 | $396.48 | $62.27 | $0.00 | $0.00 | $0.00 |
| 9/23/24 | 9/29/24 | 10/2/24 | 0.00 | 0.00 | 26.53 | 0.00 | 26.53 | $12.00 | $18.00 | $8.98 | $0.00 | $7.25 | $12.00 | $18.00 | $8.98 | $14.98 | $238.24 | $192.34 | $0.00 | $318.36 | $80.12 | $0.00 | $0.00 | $0.00 |
| 9/30/24 | 10/6/24 | 10/9/24 | 4.80 | 0.00 | 22.98 | 0.00 | 27.78 | $13.00 | $19.50 | $9.98 | $0.00 | $7.25 | $13.00 | $19.50 | $9.98 | $16.48 | $291.74 | $201.41 | $0.00 | $361.14 | $69.40 | $0.00 | $0.00 | $0.00 |
| 10/7/24 | 10/13/24 | 10/16/24 | 5.00 | 0.00 | 20.16 | 0.00 | 25.16 | $13.00 | $19.50 | $9.98 | $0.00 | $7.25 | $13.00 | $19.50 | $9.98 | $16.48 | $266.20 | $182.41 | $0.00 | $327.08 | $60.88 | $0.00 | $0.00 | $0.00 |
| 10/14/24 | 10/20/24 | 10/23/24 | 7.63 | 0.00 | 13.93 | 0.00 | 21.56 | $13.00 | $19.50 | $9.98 | $0.00 | $7.25 | $13.00 | $19.50 | $9.98 | $16.48 | $238.21 | $156.31 | $0.00 | $280.28 | $42.07 | $0.00 | $0.00 | $0.00 |
| 10/21/24 | 10/27/24 | 10/30/24 | 0.00 | 0.00 | 22.71 | 0.00 | 22.71 | $13.00 | $19.50 | $9.98 | $0.00 | $7.25 | $13.00 | $19.50 | $9.98 | $16.48 | $226.65 | $164.65 | $0.00 | $295.23 | $68.58 | $0.00 | $0.00 | $0.00 |
| 10/28/24 | 11/3/24 | 11/6/24 | 2.87 | 2.36 | 37.13 | 0.00 | 42.36 | $13.00 | $19.50 | $9.98 | $0.00 | $7.25 | $13.00 | $19.50 | $9.98 | $16.48 | $453.89 | $307.17 | $0.00 | $550.68 | $96.79 | $46.02 | $46.02 | $0.00 |
| 11/4/24 | 11/10/24 | 11/13/24 | 0.00 | 0.00 | 9.86 | 0.00 | 9.86 | $13.00 | $19.50 | $9.98 | $0.00 | $7.25 | $13.00 | $19.50 | $9.98 | $16.48 | $98.40 | $71.49 | $0.00 | $128.18 | $29.78 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | TOTAL: | | $0.00 | | $3,674.70 | | | $18.27 |