UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:25-CV-25762-JB

CRISTIAN CAMILO BLANCO ACOSTA,

    Plaintiff,

v.

JCRB INC. D/B/A BISTRO CAFE, JAN KARLO RUIZ ORTIZ, and TAMARA PEREZ FELICIANO

    Defendants.    /

## NOTICE OF APPEARANCE AS COUNSEL

The undersigned hereby enters his appearance as attorney of record on behalf of the Defendants in the above-style action and requests that copies of all pleading, notices, orders and other papers filed herein be served upon:

JORGE ZAMORA JR.
GUNSTER, YOAKLEY & STEWART, P.A.
600 Brickell Avenue, Suite 3500
Miami, FL 33131
Primary: jzamora@gunster.com
Secondary: dusuga@gunster.com
Secondary: eservice@gunster.com

Dated this 10th day of March, 2026.

/s/ Jorge Zamora, Jr.
Jorge Zamora, Jr.
Florida Bar No. 94713
Primary Email: jzamora@gunster.com
Secondary Email: dusuga@gunster.com
Gunster, Yoakley & Stewart, P.A.
600 Brickell Avenue, Suite 3500
Miami, Florida 33131
Telephone: (305) 376-6000
Facsimile: (305) 376-6010

1

ACTIVE:39393246.1

        Holly Griffin Goodman
        Florida Bar No. 93213
        Email: hgoodman@gunster.com
        Gunster Yoakley & Stewart, P.A.
        777 South Flagler Drive
        Suite 500 East
        West Palm Beach, FL 33401-6194
        Phone: 561-655-1980
        Fax: (561) 655-5677

*Attorneys for the Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of March, 2026, a true and correct copy of the foregoing document has been served on all counsel of record via the Court's CM/ECF System.

        */s/ Jorge Zamora, Jr.*
        Jorge Zamora, Jr.
        Florida Bar No. 94713
        Primary Email: jzamora@gunster.com
        Secondary Email: dusuga@gunster.com
        Gunster, Yoakley & Stewart, P.A.
        600 Brickell Avenue, Suite 3500
        Miami, Florida 33131
        Telephone: (305) 376-6000
        Facsimile: (305) 376-6010

ACTIVE:39393246.1