# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### Case No.: 25-cv-25762-JB/Torres

CRISTIAN CAMILO BLANCO ACOSTA,

      Plaintiff,

v.

JCRB INC. D/B/A BISTRO CAFÉ,
*et al.*

      Defendants.

_____/

## ORDER OF REFERRAL TO CONDUCT SETTLEMENT CONFERENCE

**THIS ACTION** is hereby **REFERRED** to United States Magistrate Judge Edwin G. Torres to conduct a settlement conference.  ALL parties and their counsel are required to attend the settlement conference.  The date and manner in which the conference will be held will be set by Magistrate Judge Torres.

**DONE AND ORDERED** in Miami, Florida, this 16th day of March, 2026.

_____

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**

1