**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-CV-25762-JB**

CRISTIAN CAMILO BLANCO
ACOSTA, and SERGIO ARDILA
ORTIZ,

      Plaintiffs,

v.

JCRB INC. D/B/A BISTRO CAFE, JAN
KARLO RUIZ ORTIZ, and TAMARA
PEREZ FELICIANO

      Defendants.             /

**ORDER GRANTING JOINT MOTION TO EXTEND PRETRIAL DEADLINE**

THIS CAUSE came before the Court upon the Parties' Joint Motion to Extend Pretrial Deadline [ECF No. 25]. The Court, having reviewed the Motion, being duly advised in the premises, and finding good cause, hereby **ORDERS AND ADJUDGES** as follows:

1. The Joint Motion to Extend Pretrial Deadline [ECF No. 25] is **GRANTED**.

2. The deadline for the Parties to file motions to join additional parties, as set forth in the Court's Order Setting Trial, Calendar Call, Reference to Magistrate Judge, Pretrial Deadlines, and Pretrial Procedures [ECF No. 21], is extended from May 15, 2026, through and including **June 29, 2026**.

3. All other deadlines and procedures set forth in the Court's Scheduling Order [DE 21] remain in full force and effect.

2

**DONE AND ORDERED** in Miami, Florida, this _____ day of May, 2026.

_____

**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**