UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:25-CV-25762-BECERRA/TORRES

CRISTIAN CAMILO BLANCO ACOSTA,

     Plaintiff,

v.

JCRB INC. d/b/a BISTRO CAFÉ,
JAN KARLO RUIZ ORTIZ, and
TAMARA PEREZ FELICIANO,

     Defendants.

_____/

### ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

THIS CAUSE came before the Court upon Plaintiffs' Motion for Leave to File Second Amended Complaint (the "Motion"). The Court, having considered the Motion, any response thereon, the record in this case, and being otherwise duly advised in the premises, hereby ORDERS AND ADJUDGES as follows:

1. The Motion is GRANTED.

2. Plaintiffs, Cristian Camilo Blanco Acosta and Sergio Ardila Ortiz, are granted leave to file their Second Amended Class Action and Collective Action Complaint.

3. Plaintiffs shall file their Second Amended Class Action and Collective Action Complaint on or before July 6, 2026.

4. Defendants JCRB Inc. d/b/a Bistro Café, Jan Karlo Ruiz Ortiz, and Tamara Perez Feliciano, shall respond to the Second Amended Complaint within fourteen (14) days of its filing.

1

DONE AND ORDERED in Miami, Florida, this ____ day of _____, 2026.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

*Copies furnished to all counsel of record*