UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25762-BECERRA/TORRES

CRISTIAN CAMILO BLANCO ACOSTA
and SERGIO ARDILA ORTIZ,

      Plaintiffs,

v.

JCRB INC. D/B/A BISTRO CAFÉ,
JAN KARLO RUIZ ORTIZ, and
TAMARA PEREZ FELICIANO,

      Defendants.

_____/

## PLAINTIFFS' NOTICE OF FILING CONSENT TO JOIN
### (Andres Vargas Hernandez)

Plaintiff, Andres Vargas Hernandez, notices the Court and all parties of the filing of his Consent to Join in these proceedings. Pursuant to 29 U.S.C. § 216(b), Andres Vargas Hernandez consents to join Count IV (FLSA Overtime Wage Collective Action) of Plaintiffs' Second Amended Class Action and Collective Action Complaint.

Respectfully submitted this 29th day of June 2024,

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiff*

1