UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25762-BECERRA/TORRES

CRISTIAN CAMILO BLANCO ACOSTA
and SERGIO ARDILA ORTIZ,

       Plaintiffs,

v.

JCRB INC. D/B/A BISTRO CAFÉ,
JAN KARLO RUIZ ORTIZ, and
TAMARA PEREZ FELICIANO,

       Defendants.

_____/

## DECLARATION AND NOTICE OF CONSENT TO JOIN
### (ANDRES VARGAS)

Pursuant to 28 U.S.C. §1746, I, Andres Vargas, make the following declaration:

1.   I am over 18 years of age and can make this declaration.

2.   This declaration is made based on my own personal knowledge.

3.   I worked at Bistro Café and was employed by JCRB Inc., Jan Karlo Ruiz Ortiz, and Tamara Perez Feliciano as a bartender from about November 2021 to June 2023.

4.   While working as a bartender at Bistro Café, JCRB Inc., Jan Karlo Ruiz Ortiz, and Tamara Perez Feliciano failed to pay me all of the overtime wages I earned and should have received.

5.   Pursuant to 29 U.S.C. §216(b), I consent to serve as a plaintiff in the above-referenced FLSA action.

6.  I agree to be bound by any decision in this case.

Signed: Andres Vargas (May 15, 2026 09:34:26 EDT)

Printed Name: ANDRES VARGAS

Dated: May 15, 2026