UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25762-BECERRA/TORRES

CRISTIAN CAMILO BLANCO ACOSTA
and SERGIO ARDILA ORTIZ,

      Plaintiffs,

v.

JCRB INC. D/B/A BISTRO CAFÉ,
JAN KARLO RUIZ ORTIZ, and
TAMARA PEREZ FELICIANO,

      Defendants.

_____/

## DECLARATION AND NOTICE OF CONSENT TO JOIN
### (ENDER MALDONADO)

Pursuant to 28 U.S.C. §1746, I, Ender Maldonado, make the following declaration:

1. I am over 18 years of age and can make this declaration.

2. This declaration is made on my own personal knowledge.

3. I worked at Bistro Café and was employed by JCRB Inc., Jan Karlo Ruiz Ortiz, and Tamara Perez Feliciano until February 2025.

4. I worked as a food runner from about November 2023 to February 2024, when I was promoted to work as a server.

5. I continued working as a server at Bistro Café until February 2025.

6. While working as a server at Bistro Café, JCRB Inc., Jan Karlo Ruiz Ortiz, and Tamara Perez Feliciano:

    a. Failed to pay me all of the overtime wages I earned and should have received; and

135 San Lorenzo Avenue, Suite 770, Coral Gables, Florida 33146
TEL 305.230.4884   FAX 305.230.4844
www.fairlawattorney.com

b.  Required that, from the tips they collected and then paid/distributed to me, I distribute tips to traditionally non-tipped workers, including kitchen staff and baristas who did not interact with the restaurant's patrons.

7.  Pursuant to 29 U.S.C. §216(b), I consent to serve as a plaintiff in the above-referenced FLSA action.

8.  I agree to be bound by any decision in this case.

Signed:            Ender Maldonado (May 14, 2026 17:30:08 EDT)

Printed Name:      ENDER MALDONADO

Dated:             May 14, 2026