UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25762-BECERRA/TORRES

CRISTIAN CAMILO BLANCO ACOSTA
and SERGIO ARDILA ORTIZ,

      Plaintiffs,

v.

JCRB INC. D/B/A BISTRO CAFÉ,
JAN KARLO RUIZ ORTIZ, and
TAMARA PEREZ FELICIANO,

      Defendants.

_____/

## PLAINTIFFS' PROPOSED CLASS NOTICE AND NOTICE PLAN

### I. Overview

Plaintiffs propose that class notice be administered in accordance with the plan set forth below. The plan is designed to provide the best notice practicable under the circumstances, consistent with Rule 23(c)(2)(B) of the Federal Rules of Civil Procedure and the due process requirements of the United States Constitution. Because the class members are current and former employees of JCRB Inc. d/b/a Bistro Café, a single restaurant located in Miami-Dade County, Florida, their identities and last known contact information are ascertainable from Defendants' payroll, personnel, and tax records. Individual direct notice by first-class mail and electronic mail is therefore practicable and is the appropriate method of dissemination.

### II. Class Member Data Production

Within fourteen (14) days after entry of the Order certifying the classes, Defendants shall produce to Class Counsel an electronic spreadsheet (in .xlsx or .csv format) containing the following information for each person who falls within any of the three certified classes:

1. Full legal name
2. Last known mailing address (street, city, state, zip code)
3. Last known personal email address
4. Last known telephone number
5. Dates of employment at Bistro Café
6. Job position(s) held (e.g., server, busser, food runner, bartender, barista, kitchen staff)
7. Employee identification number, if maintained
8. Date of birth, if maintained

9.  Payroll identification number, if maintained
10. Social Security Number, in encrypted format or last four digits only, sufficient to permit skip tracing for any notice returned as undeliverable

Class Counsel shall use this information exclusively for the purpose of administering notice and this litigation, and shall maintain the confidentiality of all personal identifying information in accordance with applicable law and any protective order entered by the Court.

### III. Notice Administrator

Class Counsel shall administer notice directly or retain a qualified third-party notice administrator (the "Notice Administrator") to do so. The Notice Administrator shall be responsible for: (a) preparing and finalizing the Class Notice; (b) mailing and emailing the Class Notice to all class members identified from Defendants' records; (c) maintaining a record of all notices sent, delivered, returned undeliverable, and responded to; (d) processing opt-out requests; (e) sending reminder notices as provided below; and (f) providing regular status reports to Class Counsel and, upon request, to the Court.

### IV. Dissemination of Notice

**A. Initial Mailing and Email.** Within twenty-one (21) days after receipt of the class member data from Defendants, the Notice Administrator shall send each identified class member the approved Class Notice by: (1) first-class United States mail, addressed to the class member's last known mailing address; and (2) electronic mail, to the class member's last known email address, with the subject line: *Important Legal Notice — Bistro Café Lawsuit / Aviso Legal Importante — Demanda de Bistro Café*. Notice shall also be sent by SMS text message containing a short link to the full notice.

**B. Skip Tracing for Returned Mail.** For any Class Notice returned as undeliverable by the United States Postal Service, the Notice Administrator shall promptly conduct a reasonable skip-trace search using the class member's name, date of birth, and/or Social Security Number to obtain an updated address, and shall re-mail the notice to any updated address obtained within seven (7) days of the skip-trace result.

**C. Reminder Notice.** Thirty (30) days after the initial mailing, the Notice Administrator shall send a one-page reminder notice by first-class mail and email to all class members who have not yet returned an opt-out request form and have not otherwise responded to the notice. The reminder shall identify the action, remind class members of the opt-out deadline, and direct them to contact Class Counsel or visit the case website with any questions.

**D. Case Website.** Class Counsel shall maintain a dedicated case website (the "Case Website") throughout the notice and opt-out period. The Case Website shall: (1) display the full text of the Class Notice in both English and Spanish; (2) provide a downloadable and printable opt-out request form; (3) provide Class Counsel's contact information; (4) provide the opt-out deadline; and (5) provide answers to frequently asked questions. The URL for the Case Website shall be printed on the face of the Class Notice.

**E. Toll-Free Telephone Line.** Class Counsel shall maintain a toll-free telephone number staffed during regular business hours throughout the notice and opt-out period. Class members

may call this number to ask questions about the lawsuit, obtain another copy of the Class Notice, or request an opt-out form. The toll-free number shall appear on the face of the Class Notice.

## V. Opt-Out Procedure and Deadline

Any class member who wishes to be excluded from one or more of the certified classes must submit a written opt-out request. The opt-out request must: (1) be signed by the class member; (2) identify the class member's full name, last known address, and the name of the class(es) from which exclusion is sought; and (3) be received by the Notice Administrator — by mail, email, or submission through the Case Website — no later than sixty (60) days after the date of the initial mailing (the "Opt-Out Deadline"). Opt-out requests submitted after the Opt-Out Deadline will not be honored absent a showing of good cause approved by the Court.

The Notice Administrator shall maintain a complete record of all timely and untimely opt-out requests received, and shall provide Class Counsel with a final opt-out list within seven (7) days after the Opt-Out Deadline.

## VI. Appearance Through Separate Counsel

Any class member who does not opt out and who wishes to appear in this action through his or her own attorney may do so by filing a notice of appearance with the Court and serving a copy on Class Counsel no later than the Opt-Out Deadline. Class members who do not retain separate counsel and do not opt out will be represented by Class Counsel.

## VII. Relationship to FLSA Collective Action

This notice concerns only the Rule 23 class claims under 26 U.S.C. § 7434 and the Florida Minimum Wage Act. This action also includes separate FLSA collective action claims. [ECF No. 27-1], ¶¶ 65–77. Certification of the Rule 23 classes and the issuance of this notice do not constitute notice of, or opt-in consent to, any FLSA collective action. Separate notice of any FLSA collective action will be provided if and when authorized by the Court.

## VIII. Reporting and Court Approval

Within fourteen (14) days after the Opt-Out Deadline, the Notice Administrator shall file a declaration with the Court confirming: (a) the date(s) on which the Class Notice was mailed and emailed; (b) the total number of notices sent; (c) the number of notices returned as undeliverable and the results of any skip-trace efforts; (d) the number of reminder notices sent; (e) the number of timely opt-out requests received; and (f) the number of untimely opt-out requests received, if any.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25762-BECERRA/TORRES

CRISTIAN CAMILO BLANCO ACOSTA
and SERGIO ARDILA ORTIZ,

      Plaintiffs,

v.

JCRB INC. D/B/A BISTRO CAFÉ,
JAN KARLO RUIZ ORTIZ, and
TAMARA PEREZ FELICIANO,

      Defendants.

_____/

## OFFICIAL COURT-AUTHORIZED NOTICE OF CLASS ACTION LAWSUIT
### *AVISO OFICIAL DE DEMANDA COLECTIVA AUTORIZADO POR EL TRIBUNAL*

**YOUR LEGAL RIGHTS MAY BE AFFECTED BY THIS LAWSUIT. PLEASE READ THIS NOTICE CAREFULLY.**
*SUS DERECHOS LEGALES PUEDEN VERSE AFECTADOS POR ESTA DEMANDA. POR FAVOR LEA ESTE AVISO DETENIDAMENTE.*

### WHAT IS THIS NOTICE ABOUT? / *¿DE QUÉ SE TRATA ESTE AVISO?*

A federal court has authorized this notice. It is not a solicitation from a lawyer. You are receiving this notice because records indicate that you may have worked at **Bistro Café** (operated by JCRB Inc.) in Miami-Dade County, Florida within the last five years. A lawsuit has been filed that may affect your rights.

*Un tribunal federal ha autorizado este aviso. Esto no es una solicitud de un abogado. Está recibiendo este aviso porque los registros indican que usted puede haber trabajado en **Bistro Café** (operado por JCRB Inc.) en el Condado de Miami-Dade, Florida durante los últimos cinco años. Se ha presentado una demanda que puede afectar sus derechos.*

### THE LAWSUIT / *LA DEMANDA*

Plaintiffs Cristian Camilo Blanco Acosta and Sergio Ardila Ortiz have filed a lawsuit against JCRB Inc. d/b/a Bistro Café, Jan Karlo Ruiz Ortiz, and Tamara Perez Feliciano (collectively, "Defendants") in the United States District Court for the Southern District of Florida, Case No. 1:25-CV-25762-BECERRA/TORRES. The Court has certified this case to proceed as a class action on behalf of current and former Bistro Café employees in two separate claims:

**Claim 1 — Fraudulent Tax Reporting (26 U.S.C. § 7434):** Plaintiffs allege that Defendants required servers to pay a portion of their credit-card tips to other employees — including bussers, food runners, bartenders, baristas, and kitchen staff — by Zelle or in cash, but then filed IRS tax forms (Forms W-2, W-3, 941, and 8027) that: (a) over-reported the income of servers by including the tips servers were required to pay out, and (b) failed to report the tips received by non-server employees as income on those employees' tax forms. [ECF No. 27-1], ¶¶ 19–23. Plaintiffs allege this violated 26 U.S.C. § 7434, which prohibits the willful filing of fraudulent information returns.

**Claim 2 — Florida Minimum Wage Act (FMWA):** Plaintiffs allege that Defendants paid servers a direct hourly wage below the full Florida minimum wage while claiming a "tip credit," and simultaneously required servers to share their tips with kitchen employees and baristas who did not customarily and regularly receive tips from customers. [ECF No. 27-1], ¶¶ 96–97, 123–124. Plaintiffs allege that this practice made Defendants ineligible to use the tip credit and required them to pay servers the full Florida minimum wage in cash for all hours worked.

Defendants deny all of Plaintiffs' allegations and deny that they violated any law. The Court has not yet decided who is right. This notice does not mean you will receive any money.

*Los Demandantes Cristian Camilo Blanco Acosta y Sergio Ardila Ortiz han presentado una demanda contra JCRB Inc. d/b/a Bistro Café, Jan Karlo Ruiz Ortiz y Tamara Perez Feliciano (colectivamente, los "Demandados") en el Tribunal de Distrito de los Estados Unidos para el Distrito Sur de Florida, Caso No. 1:25-CV-25762-BECERRA/TORRES. El Tribunal ha certificado este caso para que proceda como una demanda colectiva en nombre de los empleados actuales y anteriores de Bistro Café en dos reclamaciones separadas:*

*Reclamación 1 — Declaraciones de impuestos fraudulentas (26 U.S.C. § 7434): Los Demandantes alegan que los Demandados requerían que los servidores pagaran una porción de sus propinas con tarjeta de crédito a otros empleados — incluyendo bussers, corredores de comida, bartenders, baristas y personal de cocina — por Zelle o en efectivo, pero luego presentaron formularios de impuestos del IRS (Formularios W-2, W-3, 941 y 8027) que: (a) declararon en exceso los ingresos de los servidores al incluir las propinas que los servidores estaban obligados a pagar, y (b) no reportaron las propinas recibidas por los empleados que no eran servidores como ingresos en los formularios de impuestos de esos empleados.*

*Reclamación 2 — Ley de Salario Mínimo de Florida (FMWA): Los Demandantes alegan que los Demandados pagaron a los servidores un salario por hora directo por debajo del salario mínimo completo de Florida mientras reclamaban un "crédito de propinas," y simultáneamente requerían que los servidores compartieran sus propinas con empleados de cocina y baristas que no acostumbraban a recibir propinas de los clientes. Los Demandantes alegan que esta práctica hacía a los Demandados inelegibles para usar el crédito de propinas y los obligaba a pagar a los servidores el salario mínimo completo de Florida en efectivo por todas las horas trabajadas.*

*Los Demandados niegan todas las alegaciones de los Demandantes y niegan haber violado cualquier ley. El Tribunal aún no ha decidido quién tiene razón. Este aviso no significa que usted recibirá dinero.*

## WHO IS INCLUDED? / *¿QUIÉN ESTÁ INCLUIDO?*

The Court has certified the following three classes:

**IRC Server Subclass** *(for the § 7434 claim — servers):*
All persons employed by JCRB Inc. d/b/a Bistro Café **as servers** during the five years immediately preceding the filing of this action through the date of this notice, who received customer tips through payroll and for whom JCRB filed one or more Forms W-2 or other qualifying information returns that reported as that employee's income tip amounts the employee was required to remit to other workers.

**IRC Tip-Recipient Subclass** *(for the § 7434 claim — non-servers):*
All persons employed by JCRB Inc. d/b/a Bistro Café **in positions other than server** during the five years immediately preceding the filing of this action through the date of this notice, who received mandatory tip-out payments from servers and for whom JCRB filed one or more Forms W-2 or other qualifying information returns that did not report those tip-out amounts as that employee's income.

**FMWA Class** *(for the Florida Minimum Wage Act claim — servers):*
All persons employed by JCRB Inc. d/b/a Bistro Café **as servers** during the five years immediately preceding the filing of this action through the date of this notice, who were paid a tipped cash wage below the full Florida minimum wage while Defendants claimed a tip credit and required them to remit tips to kitchen employees, baristas, or other employees who did not customarily and regularly receive tips.
The following persons are excluded from all classes: Defendants; any officer, director, or managing agent of Defendants; the presiding Judge and judicial staff; and any person who timely requests exclusion.

If you are not sure whether you are a class member, you may contact Class Counsel at the contact information below.

*El Tribunal ha certificado las siguientes tres clases:*

**Subclase de Servidores IRC** *(para la reclamación del § 7434 — servidores):* Todas las personas empleadas por JCRB Inc. d/b/a Bistro Café **como servidores** durante los cinco años inmediatamente anteriores a la presentación de esta acción hasta la fecha de este aviso, que recibieron propinas de clientes a través de la nómina y para quienes JCRB presentó uno o más Formularios W-2 u otras declaraciones informativas que reportaron como ingresos de ese empleado los montos de propinas que el empleado estaba obligado a pagar a otros trabajadores.

**Subclase de Receptores de Propinas IRC** *(para la reclamación del § 7434 — empleados que no son servidores):* Todas las personas empleadas por JCRB Inc. d/b/a Bistro Café **en posiciones que no son de servidor** durante los cinco años inmediatamente anteriores a la presentación de esta acción hasta la fecha de este aviso, que recibieron pagos obligatorios de propinas de servidores y para quienes JCRB presentó uno o más Formularios W-2 u otras declaraciones informativas que no reportaron esos montos de propinas como ingresos de ese empleado.

**Clase FMWA** *(para la reclamación de la Ley de Salario Mínimo de Florida — servidores):* Todas las personas empleadas por JCRB Inc. d/b/a Bistro Café **como servidores** durante los cinco años inmediatamente anteriores a la presentación de esta acción hasta la fecha de este aviso, que recibieron un salario por hora con propinas por debajo del salario mínimo completo de Florida

mientras los Demandados reclamaban un crédito de propinas y les requerían remitir propinas a empleados de cocina, baristas u otros empleados que no acostumbraban a recibir propinas.

## YOUR LEGAL OPTIONS / *SUS OPCIONES LEGALES*

**You have four options. You must act before [OPT-OUT DEADLINE — 60 DAYS FROM MAILING DATE] if you wish to be excluded.**

| Option | What It Means |
|---|---|
| **Do nothing** | You will remain a member of the class(es) that apply to you. You will be bound by the outcome of this case — whether it is a judgment, settlement, or dismissal — and you will give up any right to sue Defendants separately for the same claims. You do not need to do anything now to remain in the class. |
| **Opt out (exclude yourself)** | If you do not want to participate in this lawsuit and want to keep any right you might have to sue Defendants on your own for these claims, you must submit a written opt-out request by [OPT-OUT DEADLINE]. Instructions are below. |
| **Hire your own attorney** | You may enter an appearance in this lawsuit through an attorney of your own choosing. If you do, your attorney must file a notice of appearance with the Court by [OPT-OUT DEADLINE]. You will still be bound by the outcome unless you also opt out. |
| **Contact Class Counsel** | Class Counsel represents the class members at no upfront cost to you. You may contact Class Counsel with questions at any time. See contact information below. |

*Tiene cuatro opciones. Debe actuar antes del [FECHA LÍMITE DE OPT-OUT — 60 DÍAS DESDE LA FECHA DEL ENVÍO] si desea ser excluido.*

| Opción | Significado |
|---|---|
| **No hacer nada** | Permanecerá como miembro de la(s) clase(s) que le correspondan. Estará vinculado por el resultado de este caso, ya sea una sentencia, acuerdo o desestimación, y renunciará a cualquier derecho de demandar a los Demandados por separado por las mismas reclamaciones. No necesita hacer nada ahora para permanecer en la clase. |
| **Optar por salir (excluirse)** | Si no desea participar en esta demanda y quiere conservar cualquier derecho que pueda tener de demandar a los Demandados por su cuenta por estas reclamaciones, debe presentar una solicitud de exclusión por escrito antes del [FECHA LÍMITE]. Las instrucciones se encuentran a continuación. |
| **Contratar a su propio abogado** | Puede comparecer en esta demanda a través de un abogado de su propia elección. Si lo hace, su abogado debe presentar un aviso de comparecencia ante el Tribunal antes del [FECHA LÍMITE]. Aún estará vinculado por el resultado a menos que también opte por salir. |

| Opción | Significado |
|---|---|
| **Contactar al Abogado de la Clase** | El Abogado de la Clase representa a los miembros de la clase sin costo inicial para usted. Puede comunicarse con el Abogado de la Clase con preguntas en cualquier momento. Vea la información de contacto a continuación. |

## WHAT COULD I RECEIVE? / *¿QUÉ PODRÍA RECIBIR?*

**IRC Classes (§ 7434 claim):** If Plaintiffs prevail, each class member is entitled to recover the greater of $5,000 or their actual damages for each fraudulent information return filed on their behalf, plus costs and attorneys' fees. [ECF No. 27-1], ¶ 46. Each annual Form W-2, W-3, 941, or 8027 filed by JCRB constitutes a separate information return for purposes of calculating damages.

**FMWA Class:** If Plaintiffs prevail, each class member is entitled to recover unpaid minimum wages equal to the difference between the tipped wage paid and the full Florida minimum wage for all hours worked during the relevant five-year period, plus an additional equal amount as liquidated damages, together with attorneys' fees and costs. [ECF No. 27-1], ¶ 150.
The amount you may receive, if any, depends on the outcome of the case and will vary based on factors including how long you worked at Bistro Café and what position(s) you held.

*Si los Demandantes ganan el caso del § 7434, cada miembro de la clase tiene derecho a recuperar el mayor de $5,000 o sus daños reales por cada declaración informativa fraudulenta presentada en su nombre, más costos y honorarios de abogados. Si los Demandantes ganan el caso de la FMWA, cada miembro de la clase tiene derecho a recuperar los salarios mínimos no pagados más una cantidad igual adicional como daños y perjuicios liquidados, junto con honorarios y costos de abogados. El monto que podría recibir, si hubiera alguno, depende del resultado del caso.*

## HOW TO OPT OUT / *CÓMO SOLICITAR SER EXCLUIDO*

To opt out of one or more of the certified classes, you must send a written opt-out request that includes: (1) your full name; (2) your current mailing address; (3) the name(s) of the class(es) from which you wish to be excluded (IRC Server Subclass, IRC Tip-Recipient Subclass, and/or FMWA Class); and (4) your signature.

Your opt-out request must be **received** — not merely postmarked — by the Notice Administrator no later than **[OPT-OUT DEADLINE]** by one of the following methods:

- **Mail:** [Notice Administrator Name and Address]
- **Email:** [Notice Administrator Email Address]
- **Online:** [Case Website URL]

If you do not submit a timely opt-out request, you will remain in the class(es) and be bound by any judgment or settlement, even if you do nothing.

*Para optar por salir de una o más de las clases certificadas, debe enviar una solicitud de exclusión por escrito que incluya: (1) su nombre completo; (2) su dirección postal actual; (3) el nombre de la(s) clase(s) de la(s) que desea ser excluido; y (4) su firma. Su solicitud de exclusión debe ser **recibida** — no simplemente con matasellos — por el*

*Administrador de Avisos a más tardar el **[FECHA LÍMITE]** por correo, correo electrónico, o a través del sitio web del caso.*

## THE LAWYERS IN THIS CASE */ LOS ABOGADOS EN ESTE CASO*

The Court has appointed the following attorneys as Class Counsel to represent all class members who do not opt out:

> **Brian H. Pollock, Esq. and Patrick Brooks LaRou, Esq.**
> FairLaw Firm
> 135 San Lorenzo Avenue, Suite 770
> Coral Gables, Florida 33146
> Telephone: (305) 230-4884
> Email: brian@fairlawattorney.com / brooks@fairlawattorney.com

Class Counsel represents you at no upfront cost. If Plaintiffs win or reach a settlement, Class Counsel will seek attorneys' fees and costs from the Court or from any settlement fund. You do not need to pay anything now.

You may also hire your own attorney at your own expense. If you hire your own attorney, your attorney must file a notice of appearance by [OPT-OUT DEADLINE].

## THE COURT */ EL TRIBUNAL*

This case is pending before the Honorable United States District Court for the Southern District of Florida, Case No. 1:25-CV-25762-BECERRA/TORRES. Court filings in this case are available for public review through the federal court's electronic filing system (PACER) at www.pacer.gov.

## QUESTIONS? */ ¿PREGUNTAS?*

For more information, contact Class Counsel at (305) 230-4884 or visit [CASE WEBSITE URL]. Spanish-language assistance is available. / *Para más información, comuníquese con el Abogado de la Clase al (305) 230-4884 o visite [URL DEL SITIO WEB DEL CASO]. Hay asistencia disponible en español.*

### PLEASE DO NOT CONTACT THE COURT OR THE DEFENDANTS WITH QUESTIONS ABOUT THIS NOTICE.

*POR FAVOR NO CONTACTE AL TRIBUNAL NI A LOS DEMANDADOS CON PREGUNTAS SOBRE ESTE AVISO.*

*This notice has been authorized by the United States District Court for the Southern District of Florida. The Court takes no position on the merits of Plaintiffs' claims or Defendants' defenses.*

*Este aviso ha sido autorizado por el Tribunal de Distrito de los Estados Unidos para el Distrito Sur de Florida. El Tribunal no toma posición sobre el mérito de las reclamaciones de los Demandantes ni de las defensas de los Demandados.*