UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25762-BECERRA/TORRES

CRISTIAN CAMILO BLANCO ACOSTA
and SERGIO ARDILA ORTIZ,

      Plaintiffs,

vs.

JCRB INC. D/B/A BISTRO CAFÉ,
JAN KARLO RUIZ ORTIZ, and
TAMARA PEREZ FELICIANO,

      Defendants.

_____/

## DECLARATION OF CRISTIAN CAMILO BLANCO ACOSTA

I, Cristian Camilo Blanco Acosta, make the following sworn declaration pursuant to 28 U.S.C. f§ 1746 and declare under penalty of perjury, as follows:

1.      My name is Cristian Camilo Blanco Acosta. I am over eighteen years old and have personal knowledge of the facts stated in this declaration.

2.      I worked for JCRB Inc. d/b/a Bistro Café as a server from approximately 2022 through November 7, 2024.

3.      As a server, my job duties included taking customer orders, serving food and drinks, entering orders into the point-of-sale system, processing customer payments, and performing side work.

4.      During my employment, Bistro Café managers and employees regularly communicated through a group WhatsApp chat titled "Bistro Café Miami." Attached hereto as

1

Exhibit "1" are true and correct screenshots of excerpts from that group WhatsApp chat. I was a participant in the group chat throughout my employment and personally received or viewed the messages contained in Exhibit "1." The screenshots fairly and accurately depict the messages as they appeared in the WhatsApp chat during my employment

5.     During my employment, Bistro Café customers frequently left tips by credit card.

6.     Bistro Café processed credit-card tips through its payroll system and paid those tips to servers through payroll.

7.     After servers received their credit-card tips through payroll, Bistro Café management required servers including me to pay a portion of those tips to other employees through Zelle, including bussers, food runners, bartenders, and baristas. On weekends (Saturday and Sunday), kitchen employees were also included in the mandatory tip pool.

8.     This tip-out practice was not voluntary. It was required by Bistro Café as part of the restaurant's regular pay and tip-distribution system.

9.     The tip-out practice applied to servers generally. Based on my personal experience and observations, other servers were required to participate in the same tip-out system.

10.    Throughout my employment at Bistro Café, the mandatory tip-out policy remained substantially the same. Management consistently required servers to pay portions of their tips to the same categories of employees.

11.    During my employment as a server at Bistro Café, I regularly worked alongside approximately ten to twelve other servers per shift. The weekly schedules that management distributed through the group WhatsApp chat listed as many as seventeen or eighteen servers on

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm

the roster at any given time. I personally observed that each of these servers was subject to the same mandatory tip-out policy that I was, and that management communicated and enforced that policy uniformly through the group chat.

12.     During my employment, I observed servers regularly leave Bistro Café and new servers begin working there. Despite those personnel changes, I observed that newly hired servers were required to follow the same mandatory tip-out policy as the servers who had previously worked there.

13.     Bistro Café's managers and supervisors instructed servers regarding the tip-out requirements through the restaurant's group WhatsApp chat. Supervisors Cristina Paola and Nicol communicated these instructions to the server group. For example, on January 25, 2024, Cristina Paola sent a WhatsApp message to servers stating: "Ustedes tienen muy claro que las deudas que tengan con runners y bartenders las deben pagar todos los miércoles." (Translation: "You are all very clear that the debts you have with runners and bartenders must be paid every Wednesday.) See Exhibit "1."

14.     During my shifts, I regularly observed kitchen employees working exclusively in the kitchen preparing food and rarely, if ever, interacting with customers. I likewise observed baristas primarily preparing coffee and beverages behind the counter with no table service.

15.     In addition, management enforced the tip-out requirement through threats of discipline. On January 25, 2024, Cristina Paola sent the following message to the server group: "tienen 15 minutos a partir de ahora para ponerse al día. La persona que no lo haga de esta manera tendrá todos sus próximos turnos cancelados. Si vuelve a pasar, estará fuera de el equipo."

3

(Translation: "you have 15 minutes from now to get up to date. The person who does not [pay] will have all their upcoming shifts canceled. If it happens again, they will be off the team.") Consistent with that threat, Cristina Paola canceled Luis Rivero's upcoming shifts that same day for non-payment: "@Luis Rivero tus próximos días en horario para esta semana quedan cancelados." (Translation: "your remaining scheduled shifts for this week have been canceled.") See Exhibit "1."

16.     Servers were required to pay tip-outs to runners, bartenders, and baristas based on the tips they received during each shift. On weekends, kitchen staff were also included in the tip-out pool. The payments were made via Zelle or in cash. Initially, management required these payments to be made daily.

17.     On December 5, 2023, Cristina Paola instructed servers: "se comenzará a pagar la propina de ellos DIARIAMENTE, lo harán todas las tardes antes de cruzar la puerta de salida." (Translation: "[Starting] Thursday, December 7, they will begin to pay their tips to [runners and bartenders] DAILY, they will do it every afternoon before crossing the exit door.") See Exhibit "1."

18.     Management subsequently changed the schedule to weekly payments on Wednesdays. On December 28, 2023, a Bistro Café manager, Nicol, explained this change to the group, noting that weekly payments were easier and would avoid Zelle's daily transaction limits: "quedamos en que el pago iban a hacer los Miércoles, ya que se les hace más fácil y no se les bloquea el zelle de transacciones diarias." (Translation: "we agreed that payments would be made

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm

on Wednesdays, since it is easier for them and their Zelle is not blocked for daily transactions.") See Exhibit "1."

19.     Kitchen employees and baristas did not receive tips directly from customers in the same manner as servers. Instead, on weekends, kitchen employees received a portion of the tips that servers were required to pay out; baristas received a portion of those tip-outs throughout the week.

20.     During my employment, Bistro Café paid me a direct hourly wage below the full Florida minimum wage and used my tips as part of my compensation.

21.     Because Bistro Café required me to pay part of my tips to other employees, I did not keep all of the tips that were paid to me through payroll.

22.     On January 4, 2024, Cristina Paola specifically called out my name in the group chat, directing me and another server, Luis Rivero, to pay the bartender tip-out for the prior Sunday: "@Cristian @Luis Rivero deben el bartender de el domingo, TIENEN QUE PAGAR EL MISMO DIA CUANDO SON DOS BARTENDER PARA QUE PUEDAN DIVIDIR." (Translation: "@Cristian @Luis Rivero you owe the bartender from Sunday, YOU HAVE TO PAY THE SAME DAY WHEN THERE ARE TWO BARTENDERS SO THEY CAN DIVIDE IT.") See Exhibit "1." This message confirms that management directed and enforced individual servers' Zelle tip-out obligations.

23.     The amounts reported by Bistro Café on my wage and tax forms did not deduct the tips that I was required to pay to other employees either by Zelle or in cash, resulting in over-reported wages on my Form W-2s.

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm

24.     Because Bistro Café reported the full amount of the credit-card tips as wages paid to me without deducting the mandatory tip-outs that I was required to transfer to other employees, my W-2 reported income that I never actually retained

25.     As a result, Bistro Café reported income to me that included tips I did not actually keep.

26.     I understand that I am one of the named Plaintiffs in this lawsuit and that I am seeking to represent other servers who were subjected to the same tip-out and pay practices.

27.     I am willing to serve as a class representative. I understand that this means I must act in the best interests of the class, communicate with my attorneys, provide information, participate in discovery, and, if necessary, attend hearings, depositions, or trial.

28.     I do not have any interests that conflict with the interests of the other servers I seek to represent.

29.     I declare under penalty of perjury that the foregoing is true and correct.


### DECLARATION

By my signature below, I execute this declaration in Miami-Dade County, Florida, and declare under penalty of perjury that the foregoing is true and correct.

By: _Cristian Camilo Blanco acosta (Jun 29, 2026 17:33:47 EDT)_____
CRISTIAN C. BLANCO ACOSTA

Jun 29, 2026
_____
DATE

6

# EXHIBIT

# "1"

# EXHIBIT "1"

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm

[6/26/22, 10:52:15 AM] Guido Manager Bistro: @17863281398 @17867804684 @13053053218 @ 17865833197
Hoy se va a hacer limpieza de las neveras las dos las de champaña y las de sodas
En las partes de adentro y afuera ( bordes de las tapas,puertas,en la de champañas se deben sacar las puertas y limpiar donde se deslizan las mismas para dentro, esta bastante sucio.
Enviarme video del antes y el después quedo atento al cierre !
[6/26/22, 5:16:05 PM] Maria Eva Navarro: <attached: 00000285-

[9/21/22, 8:09:07 PM] Cristina Bistro Cafe: El mesero que le toque la barra de tarea en closing moverán TODAS las neveras, limpiaran detrás y encima. TODAS LAS TARDES. No van a esperar al deep cleanig para que esto se haga.
[9/21/22, 8:09:41 PM] Sophie🐥: Ok
[9/21/22, 8:09:57 PM] Moises Bistro: Entendido
[9/21/22, 8:09:58 PM] Nicol Bistro: Entendido
[9/21/22, 8:10:33 PM] Paula Sanchez: Ok

[10/8/22, 4:00:49 PM] Cristina Bistro Cafe: Gummies de unicornio on top! 🦄
[10/8/22, 7:06:41 PM] Cristina Bistro Cafe: Meseros lunes a viernes deben ir adelantando tareas durante el turno para que de 4:00 - 4:30 esten fuera. Ese fue el trato que llegamos por poner la limpieza. Si no pueden con el acuerdo entonces no vale la pena tener la persona que limpia el piso. Fines de semana deben estar fuera 5:45 - 6:00. Si no han terminado a esa hora igual se les va a cuadrar a la estipulada.
Runner deben estar fuera días de semana a las 5:00 y fines de semana a las 6:00.
[10/8/22, 7:29:55 PM] Santiago Bistro: Entendido

[1/2/23, 9:59:09 AM] Randy Bistro: Chicos recuerden que sus horas regulares como meseros culminan a las 4:30 y runners 5:00 en días de semana, fines de semana 5:45 y runners 6:00, pero como estos últimos días han estado ocupados y el cierre se demora un poco mas se les añade mas tiempo dependiendo del día y la labor. Después de ese tiempo añadido los minutos son reducidos. Deben entender que tenemos un servicio de limpieza nocturna y sus tareas de cierre son muy pocas por lo tanto deben terminarlas a la brevedad posible.
[1/3/23, 8:13:34 AM] Guido Manager Bistro: <attached: 00002040-

[12/28/23, 9:10:40 p.m.] Nicol Bistro: ✅ Aclarando algunas dudas como se pagarán los runners y bartender ahora:
Recuerden chicos que quedamos en que el pago iban a hacer los Miércoles, ya que se les hace más fácil y no se les bloquea el zelle de transacciones diarias, se les hizo la excepción ayer, ya que el pago entró el día de hoy. Pero los días de pago son los Miércoles, se contarían los días trabajados empezando los jueves y finalizando el mismo miércoles, HOY se deberían poner al día TODOS sin excusa!

[1/25/24, 3:30:28 p.m.] Cristina Paola: Buenas tardes meseros,
Ustedes tienen muy claro que las deudas que tengan con runners y bartenders las deben pagar
todos los miércoles. Tengo varios meseros que aun no estan al día, esto es algo que
realmente me agota… Tener todos los miércoles que estar detrás de algunos meseros para que
paguen.

Entonces voy a hacerlo de esta manera, tienen 15 minutos a partir de ahora para ponerse al
día. La persona que no lo haga de esta manera tendrá todos sus próximos turnos cancelados.
Si vuelve a pasar, estará fuera de el equipo. Última vez que hablo sobre este tema.
[1/25/24, 3:54:28 p.m.] Cristina Paola: @Luis Rivero tus próximos días en horario para esta
semana quedan cancelados.
[1/25/24, 3:55:02 p.m.] Maga Bistro: Cristina Paola quitó a Maga Bistro.
[1/26/24, 2:13:30 p.m.] Cristina Paola: Buenas tardes!

[3/22/24, 9:05:31 p.m.] Nicol Bistro: Buenas noches para todos! *Mensaje recordatorio*
Todos los meseros saben que tienen que estar al día tanto con los Runners como con los
bartenders.
Si en algún momento ustedes llegan a tener un problema con su zelle o X motivos, ustedes
tienen que avisarme a mí ya que yo soy la que les comunica a ellos este tipo de
contratiempos.
La falta de sus pagos hacia los runners o bartenders, se verán afectados como consecuencias
hacia su horario de trabajo. Espero su colaboración con este tema. Feliz noche!
[3/22/24, 9:35:10 p.m.] Nicol Bistro: Por favor todos confirme el mensaje
[3/22/24, 9:35:44 p.m.] Juan Bistro: Entendido !
[3/22/24, 9:35:49 p.m.] Michell Montejo: Entendido
[3/22/24, 10:07:17 p.m.] Cristina Paola: Meseros!!! Los pagos se realizan de jueves a
miércoles!!!!
Lo he explicado mil veces, el miércoles si usted trabaja… al salir del turno CUANDO YA SABE
CUANTA PROPINA REALIZO, envía los respectivos pagos.

[4/16/24, 1:38:47 p.m.] Cristina Paola: Meseros!!! Vuelvo a explicarles para los que no han
entendido y están oponiéndose a las reglas.
Si usted abrió y se le corta el turno temprano, tiene dos opciones si aun tiene mesas por
cobrar.
1. Transferir la mesa a otro mesero ponchar clock out y irse.
2. Ponchar break in terminar su mesa, hacen checkout luego break out y clock out.

Esta es la manera que llevamos trabajando hace mas se una semana. Y hay algunos meseros que
les he explicado mas de una vez.
[4/16/24, 1:39:25 p.m.] Cristina Paola: Si no me están siguiendo las normas, no voy a estar
detrás de ustedes para hacerlos entender.
[4/16/24, 1:43:01 p.m.] Cristina Paola: El hecho de hacer break in es para su beneficio y
que usted pueda tener la propina de esa última mesa. Si no lo van a valorar entonces se va
a cancelar y automáticamente usted transfiere esa mesa y SE VA.  Asi que me avisan!!! <Se
editó este mensaje.>

[5/19/24, 7:48:44 p.m.] Cristina Paola: Meseros!!! Vuelvo a explicarles 👑👑👑👑👑
Si usted abrió y se le corta el turno temprano, tiene dos opciones si aun tiene mesas por
cobrar.
1. Transferir la mesa a otro mesero ponchar clock out y irse.
2. Ponchar break in terminar su mesa, hacen checkout luego break out y clock out.

Hay meseros que no estan ponchando el break in para terminar sus mesas. Si veo que no están
aprovechando la oportunidad la opción 2 estará cancelada y automáticamente transferirán sus
mesas a otro mesero aunque pierdan esa propina, ya que su turno acabo y deberá ponchar al
momento.

[6/9/24, 8:27:24 p.m.] Cristina Paola: Buenas noches!
Al momento que vayan a comer, sea desayuno o almuerzo DEBEN PONCHAR EL BREAK. Este mensaje aplica para todos incluyendo los gerentes encargados de turno.
[6/9/24, 8:35:12 p.m.] Cristina Paola: Meseros!!! Vuelvo a explicarles 👰 👰 👰 👰 👰
Si usted abrió y se le corta el turno temprano, tiene dos opciones si aun tiene mesas por cobrar.
1. Transferir la mesa a otro mesero ponchar clock out y irse.
2. Ponchar break in terminar su mesa, hacen checkout luego break out y clock out.

Vuelvo a explicarlo para que refresquen la memoria. Si hacen el break in es porque usted decidió terminar su mesa para no transferirla. El hecho de que este break in no significa que va a tomar nuevas mesas, es solo para terminar la que estaba comenzada. Este mensaje va dirigido para todos los meseros y gerentes de turno.

[10/3/24, 12:30:13 p.m.] Cristina Paola: Meseros!!! 👰 👰 👰
Si usted abrió y se le corta el turno temprano, tiene dos opciones si aun tiene mesas POR COBRAR:
1. Transferir la mesa a otro mesero ponchar clock out y irse.
2. Ponchar break in terminar su mesa, hacen checkout luego break out y clock out.
Esta opción es valida solo si la mesa ya comió y solo falta cobrarle. Si usted tiro la comida y se le corta turno TIENE QUE TRANSFERIR LA MESA. Si la mesa está comiendo y se le corto el turno TIENE QUE TRANSFERIR MESA.

Necesito que este mensaje sea confirmado.

[7/19/24, 5:35:35 p.m.] Cristina Paola: @Moisés Medina Bistro
@Guido Bistro
Recuerden pasar su propina de zelle a baristas.

[8/9/24, 8:55:34 p.m.] Paula Sanchez Bistro: Buenas noches, quería recordarles que el martes 06 fui bartender y pueden transferirme por acá
7867097822
Gracias :)
[8/9/24, 8:56:36 p.m.] Cristina Paola: Buenas noches @Paula Sanchez Bistro si fuistes bartender el martes 6, se supone que todos te hayan pagado el miércoles 7. Porque estas pasando un recordatorio?
[8/9/24, 8:59:54 p.m.] Paula Sanchez Bistro: Tengo aún dos personas que no me han pagado
[8/9/24, 9:00:59 p.m.] Cristina Paola: Verifico la propina de los faltantes y te dejo saber.

[12/5/23, 7:16:58 a.m.] Cristina Paola: IMPORTANTE!!!
Este miércoles le pagarán a loa runner y bartenders cualquier tipo de deuda que tengan con cada uno de ellos. Y desde el jueves 7 de Diciembre se comenzará a pagar la propina de ellos DIARIAMENTE, lo harán todas las tardes antes de cruzar la puerta de salida. Si algun mesero no puede hacer el pago todos los días por alguna razón, se comunicará con @Nicol Bistro y ella se encargará que al momento de cobrar usted realice los pagos correspondientes.

[1/4/24, 2:19:51 p.m.] Cristina Paola: Meseros:
Saben que la propina de baristas y bartender SE PAGA EL MISMO DIA.
Tengo:
@Lebron 🐐 Bistro @Juan Bistro @Mateo Bistro que no han pagado bartender.
[1/4/24, 2:19:57 p.m.] Cristina Paola: Necesito que paguen esto ya.
[1/4/24, 2:21:04 p.m.] Cristina Paola: @Cristian @Luis Rivero deben el bartender de el
domingo, TIENEN QUE PAGAR EL MISMO DIA CUANDO SON DOS BARTENDER PARA QUE PUEDAN DIVIDIR.

[1/8/23, 5:44:45 PM] Randy Bistro: Equipo debemos estar al pendiente de no botar los
ramiquen y cubiertos a la hora de limpiar los platos!! Estamos sobre comprando de estos
materiales y si esto sigue ocurriendo aumentará la cuota de los misceláneos y los runners
tendran que cooperar igual!!

[1/8/23, 7:41:13 PM] Guido Manager Bistro: Andrés
Bella
Sophie
Cristian
Maria
Diana
FALTAN POR MISCELÁNEOS
MAÑANA EN LA MAÑANA DEBEN ESTA EN EL SOBRE !!!!
[1/8/23, 7:41:32 PM] Christian Bistro : ✅
[1/8/23, 7:41:45 PM] Cristina Bistro Cafe: Saben que tienen de lunes a domingo para
pagarlo. Si no estan en el sobre mañana a primera hora sera penalizados.
[1/8/23, 7:42:02 PM] Diana Bistro: Entendido

[1/16/23, 7:14:05 AM] Cristina Bistro Cafe: @17864144180 @17875564033 @17865993711 deben
sus misceláneos. Tienen hasta 10:00 am para pagarlos.
[1/16/23, 7:15:22 AM] Cristina Bistro Cafe: @17864144180 @17875564033 por ser primera
semana que comienzan estan excusados. Recuerden que tienen hasta domingo para pagarlos.
@17865993711 tienes memo automáticamente. Puedes pasar a firmarlo.

[5/30/22, 7:10:37 AM] Cristina Bistro Cafe: @13477072280 @17185007706 cuando puedan envíen
sus misceláneos porfavor.

[6/25/22, 7:13:58 PM] Cristina Bistro Cafe: Desde la semana próxima el pago de misceláneos
sera $20.00. 🎉 🎉
[6/25/22, 7:18:46 PM] Santiago Bistro: M

[7/24/22, 8:15:47 PM] Guido Manager Bistro: @17865833197
@17542264322
Faltan por los misceláneos recuerden que se pueden entregar en toda la semana hasta el día
de hoy (Domingo)
Tiene hasta mañana a primera hora para traerlos

[8/1/22, 12:57:53 PM] Randy Bistro: @13054967847 Faltas de los misceláneos. Tienes hasta hoy para enviarlos a mi zelle.


[8/29/22, 9:01:28 AM] Randy Bistro: Muchachos buenos días!
Recuerden que el pago de los misceláneos no puede excederse de los domingo, se ha tocado este tema varias veces. @13054967847 @13053053218 tienen hasta el medio día


[9/12/22, 7:42:47 AM] Cristina Bistro Cafe: @17865695739 @17865993711 @13056083349 @ 17867365347
Todos deben los miscelaneos, esto se debe entregar durante cada semana, tienen hasta los domingos. No esperen al lunes a que yo tenga que enviarles mensajes. Tienen hoy hasta 12:00 pm.