UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25762-BECERRA/TORRES

CRISTIAN CAMILO BLANCO ACOSTA
and SERGIO ARDILA ORTIZ,

      Plaintiffs,

vs.

JCRB INC. D/B/A BISTRO CAFÉ,
JAN KARLO RUIZ ORTIZ, and
TAMARA PEREZ FELICIANO,

      Defendants.

_____/

## <u>DECLARATION OF ENDER MALDONADO PEREZ</u>

I, Ender Maldonado Perez, make the following sworn declaration pursuant to 28 U.S.C. § 1746 and declare under penalty of perjury, as follows:

1. My name is Ender Maldonado Perez. I am over eighteen years old and have personal knowledge of the facts stated in this declaration.

2. I worked for JCRB Inc. d/b/a Bistro Café beginning around November 2023.

3. I initially worked as a runner beginning around November 2023. Around February or March 2024, I began working as a server.

4. Because I worked as both a runner and a server, I personally observed Bistro Café's tip-out system from both perspectives.

5. When I worked as a runner, servers were required to pay a portion of their tips to runners and other employees either by Zelle or in cash.

1

6.      I received tip-out payments from servers while working as a runner, both by Zelle and in cash.

7.      Based on my personal experience and observations, the tip-out payments to runners were part of Bistro Café's regular practice and were not isolated or voluntary payments from individual servers.

8.      After I became a server, Bistro Café required me to pay a portion of my tips to other employees, including runners, bussers, and bartenders, as well as baristas and kitchen employees who had no interaction with restaurant patrons while performing those duties.

9.      The tip-out practice was mandatory. Servers were required to participate in the tip-out system as part of working at Bistro Café.

10.      Bistro Café customers frequently left tips by credit card. Bistro Café processed those tips and paid them to servers through payroll.

11.      After servers received credit-card tips through payroll, servers were required to pay part of those tips to other employees either by Zelle or in cash.

12.      Based on my personal experience and observations, the same tip-out system applied to other servers at Bistro Café.

13.      When I worked as a runner, I typically received tip-out payments from approximately ten to twelve servers per shift. After I became a server, the weekly schedules distributed through the group WhatsApp chat listed approximately seventeen to eighteen servers on the roster at any given time. I personally observed that all of these servers were subject to the same mandatory tip-out policy throughout my employment.

2

14.     During my employment, I observed servers regularly leave Bistro Café and new servers begin working there. Based on my personal observations, the newly hired servers were also required to participate in the same mandatory tip-out system that applied to all other servers.

15.     Non-server staff including runners, bussers, bartenders, baristas, and kitchen employees did not receive tips directly from customers in the same way servers did. Instead, they received a portion of the tips that servers were required to pay out.

16.     When I worked as a server, I was paid a direct hourly wage below the full Florida minimum wage, and Bistro Café used tips as part of my compensation.

17.     To my knowledge, Bistro Café's wage and tax reporting did not accurately account for the tips servers were required to pay out to other employees.

18.     I declare under penalty of perjury that the foregoing is true and correct.

<u>DECLARATION</u>

By my signature below, I execute this declaration in Miami-Dade County, Florida, and declare under penalty of perjury that the foregoing is true and correct.

By: _Ender Maldonado_____
     Ender Maldonado (Jun 29, 2026 16:06:58 EDT)
     **ENDER MALDONADO PEREZ**

Jun 29, 2026
_____
                    DATE

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm