**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 1:25-CV-25762-JB**

CRISTIAN CAMILO BLANCO
ACOSTA,

     Plaintiff,

v.

JCRB INC. D/B/A BISTRO CAFE, JAN
KARLO RUIZ ORTIZ, and TAMARA
PEREZ FELICIANO

     Defendants.                  /

**ORDER GRANTING JOINT MOTION FOR**
**<u>MAGISTRATE-SUPERVISED SETTLEMENT CONFERENCE</u>**

THIS CAUSE having come before the Court upon Plaintiffs Cristian Camilo Blanco and Sergio Ardila (collectively "Plaintiffs") and Defendants JCRB Inc. d/b/a Bistro Café ("Bistro Cafe"), Jan Karlo Ruiz Ortiz, and Tamara Perez Feliciano's (collectively "Defendants"),Joint Motion for Magistrate-Supervised Settlement Conference, and the Court, having reviewed the motion and being advised in its premises, it is hereby:

**ORDERED AND ADJUDGED** that:

1.     The Joint Motion for Magistrate-Supervised Settlement Conference is **GRANTED**.

2.     The scheduling conference is scheduled for _____.

DONE AND ORDERED in Chambers, this ____ day of _____, 2026.

_____
Edwin G. Torres
United States Magistrate Judge

Copies furnished to All Counsel of Record