UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25762-BECERRA/TORRES

CRISTIAN CAMILO BLANCO ACOSTA
and SERGIO ARDILA ORTIZ,

      Plaintiffs,

vs.

JCRB INC. D/B/A BISTRO CAFÉ,
JAN KARLO RUIZ ORTIZ, and
TAMARA PEREZ FELICIANO,

      Defendants.
_____/

<u>DECLARATION OF CRISTIAN CAMILO BLANCO ACOSTA</u>

    I, Cristian Camilo Blanco Acosta, make the following sworn declaration pursuant to 28 U.S.C. § 1746 and declare under penalty of perjury, as follows:

    1.    My name is Cristian Camilo Blanco Acosta. I am over the age of eighteen and have personal knowledge of the facts stated herein.

    2.    I began working for JCRB Inc. d/b/a Bistro Café in approximately April 2022, initially in the role of runner. Between October and November 2022, I was promoted to server, and I continued in that role until November 7, 2024.

    3.    As a server, I regularly waited on customers, entered orders, delivered food and beverages, processed payments, and performed opening and closing duties.

    4.    During my employment, Defendants paid me at a tipped hourly rate that was less than the full minimum wage and distributed my credit-card tips through payroll.

1

5.      Defendants required me, as well as the other servers, to pay portions of our tips to runners, bartenders, baristas, and other employees according to amounts established by management. These payments were made via Zelle or in cash.

6.      These payments were mandatory. Management instructed servers on the required amounts and timing through the restaurant's group WhatsApp chat and monitored whether the payments were made.

7.      On March 22, 2024, supervisor Nicol Bistro sent a message to the server group reminding servers of their Zelle payment obligations and warning that "La falta de sus pagos hacia los runners o bartenders, se verán afectados como consecuencias hacia su horario de trabajo." (Translation: "The failure of your payments to the runners or bartenders will result in consequences to your work schedule.") That same message instructed servers to notify management if they encountered any problem with their Zelle account: "Si en algún momento ustedes llegan a tener un problema con su zelle o X motivos, ustedes tienen que avisarme." (Translation: "If at any time you have a problem with your Zelle or for any other reason, you need to let me know.") See Exhibit "1."

8.      If a server failed to make the required Zelle payments, management threatened and imposed disciplinary action, including reducing or canceling work shifts. For example, on January 25, 2024, supervisor Cristina Paola sent a message giving servers 15 minutes to pay and warning: "La persona que no lo haga de esta manera tendrá todos sus próximos turnos cancelados. Si vuelve a pasar, estará fuera de el equipo." (Translation: "The person who does not [pay] will have all their

upcoming shifts canceled. If it happens again, they will be off the team.") That same day, Cristina Paola canceled server Luis Rivero's upcoming shifts for non-payment. See Exhibit "1."

9.     During my employment I personally observed that every server working with me was required to follow the same tip-out policy.

10.     During my employment, I regularly worked alongside approximately ten to twelve other servers per shift. The weekly schedules that management distributed through the group WhatsApp chat listed as many as seventeen or eighteen servers on the roster at any given time. All of these servers were subject to the same mandatory tip-out policy, communicated and enforced uniformly through the group chat.

11.     Throughout my employment, I observed that this mandatory tip-out policy remained substantially the same. Although individual servers came and went during my employment, management continued to require newly hired servers to participate in the same mandatory tip-out system.

12.     I also personally observed that runners, bartenders, and baristas received these mandatory tip payments from servers on a regular basis. I further observed that kitchen staff were included in the mandatory tip pool on weekends (Saturday and Sunday).

13.     I was personally named in the group chat and directed to make Zelle tip-out payments. On January 4, 2024, supervisor Cristina Paola specifically addressed me by name, together with another server, and stated: "@Cristian @Luis Rivero deben el bartender de el domingo, TIENEN QUE PAGAR EL MISMO DIA CUANDO SON DOS BARTENDER PARA QUE PUEDAN DIVIDIR." (Translation: "@Cristian @Luis Rivero you owe the bartender from

Sunday, YOU HAVE TO PAY THE SAME DAY WHEN THERE ARE TWO BARTENDERS SO THEY CAN DIVIDE IT.") Additionally, on July 19, 2024, Cristina Paola sent a reminder to servers in the group chat: "Recuerden pasar sy propina de zelle a baristas." (Translation: "Remember to send your tip via Zelle to the baristas.") See Exhibit "1."

14.     In addition to the mandatory tip-out policy, management regularly required servers to continue serving customers, cleaning, completing side work, and closing out tables after we had clocked out or after our scheduled shifts had ended.

15.     I also observed management adjust employees' recorded work hours to reflect earlier clock-out times than employees actually worked.

16.     During my employment, Bistro Café implemented a policy requiring servers whose shifts ended while they still had open tables to choose between two options: (1) transfer the table to another server, clock out, and forfeit those tips; or (2) clock into an unpaid "break," continue serving those tables, complete the closing checkout with management, then clock back out. I regularly chose the second option in order not to lose the tips from tables I had been serving, which meant I regularly performed compensable work — serving customers, completing sales reports, and handing in closing paperwork — without being paid for that time.

17.     Management communicated and repeated this policy through the group WhatsApp chat on multiple occasions, including on April 16, 2024, June 9, 2024, and October 3, 2024. See Exhibit "1." I observed that this policy applied to all servers, not just me.

18.     In addition, management established predetermined clock-out times — 4:00–4:30 p.m. on weekdays and 5:45–6:00 p.m. on weekends — and instructed servers in the group chat that

4

if they had not finished their closing tasks by those times, their recorded hours would be adjusted to those times anyway. I personally observed management edit my and other servers' recorded shift end times to reflect these predetermined times regardless of when we actually finished working. See Exhibit "1."

19.     During my employment, I regularly worked in excess of forty (40) hours per week. Although Defendants paid me an overtime rate for some of those hours, they regularly required me and other servers to continue working after clocking out or after our scheduled shifts ended, and to perform serving duties, closing duties, side work, and other tasks off the clock. Because those off-the-clock hours were not recorded, Defendants did not compensate me, or the other servers, at the overtime rate of one and one-half times our regular rate of pay for all hours worked beyond forty in a workweek.

20.     During my employment I discussed these pay practices with numerous other servers and other Bistro Café employees.

21.     Based on my personal conversations with these employees and my observations while working at Bistro Café, I observed that the same pay practices were applied to numerous servers.

22.     Based on those conversations, I believe many of these employees would be interested in joining this lawsuit if they received notice from the Court.

## DECLARATION

Coral Gables, Florida ⏐ Detroit, Michigan
FairLaw Firm

By my signature below, I execute this declaration in Miami-Dade County, Florida, and declare under penalty of perjury that the foregoing is true and correct.

By: _____
Cristian Camilo Blanco acosta (Jun 29, 2026 17:29:41 EDT)
CRISTIAN C. BLANCO ACOSTA

Jun 29, 2026
_____
DATE

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm

# EXHIBIT

# "1"

# EXHIBIT "1"

[6/26/22, 10:52:15 AM] Guido Manager Bistro: @17863281398 @17867804684 @13053053218 @
17865833197
Hoy se va a hacer limpieza de las neveras las dos las de champaña y las de sodas
En las partes de adentro y afuera ( bordes de las tapas,puertas,en la de champañas se deben
sacar las puertas y limpiar donde se deslizan las mismas para dentro, esta bastante sucio.
Enviarme video del antes y el después quedo atento al cierre !
[6/26/22, 5:16:05 PM] Maria Eva Navarro: <attached: 00000285-

[9/21/22, 8:09:07 PM] Cristina Bistro Cafe: El mesero que le toque la barra de tarea en
closing moverán TODAS las neveras, limpiaran detrás y encima. TODAS LAS TARDES. No van a
esperar al deep cleanig para que esto se haga.
[9/21/22, 8:09:41 PM] Sophie🖐: Ok
[9/21/22, 8:09:57 PM] Moises Bistro: Entendido
[9/21/22, 8:09:58 PM] Nicol Bistro: Entendido
[9/21/22, 8:10:33 PM] Paula Sanchez: Ok

[10/8/22, 4:00:49 PM] Cristina Bistro Cafe: Gummies de unicornio on top! 🦄
[10/8/22, 7:06:41 PM] Cristina Bistro Cafe: Meseros lunes a viernes deben ir adelantando
tareas durante el turno para que de 4:00 - 4:30 esten fuera. Ese fue el trato que llegamos
por poner la limpieza. Si no pueden con el acuerdo entonces no vale la pena tener la
persona que limpia el piso. Fines de semana deben estar fuera 5:45 - 6:00. Si no han
terminado a esa hora igual se les va a cuadrar a la estipulada.
Runner deben estar fuera días de semana a las 5:00 y fines de semana a las 6:00.
[10/8/22, 7:29:55 PM] Santiago Bistro: Entendido

[1/2/23, 9:59:09 AM] Randy Bistro: Chicos recuerden que sus horas regulares como meseros
culminan a las 4:30 y runners 5:00 en días de semana, fines de semana 5:45 y runners 6:00,
pero como estos últimos días han estado ocupados y el cierre se demora un poco mas se les
añade mas tiempo dependiendo del día y la labor. Después de ese tiempo añadido los minutos
son reducidos. Deben entender que tenemos un servicio de limpieza nocturna y sus tareas de
cierre son muy pocas por lo tanto deben terminarlas a la brevedad posible.
[1/3/23, 8:13:34 AM] Guido Manager Bistro: <attached: 00002040-

[12/28/23, 9:10:40 p.m.] Nicol Bistro: ✅ Aclarando algunas dudas como se pagarán los
runners y bartender ahora:
Recuerden chicos que quedamos en que el pago iban a hacer los Miércoles, ya que se les hace
más fácil y no se les bloquea el zelle de transacciones diarias, se les hizo la excepción
ayer, ya que el pago entró el día de hoy. Pero los días de pago son los Miércoles, se
contarían los días trabajados empezando los jueves y finalizando el mismo miércoles, HOY se
deberían poner al día TODOS sin excusa!

[1/25/24, 3:30:28 p.m.] Cristina Paola: Buenas tardes meseros,
Ustedes tienen muy claro que las deudas que tengan con runners y bartenders las deben pagar todos los miércoles. Tengo varios meseros que aun no estan al día, esto es algo que realmente me agota… Tener todos los miércoles que estar detrás de algunos meseros para que paguen.

Entonces voy a hacerlo de esta manera, tienen 15 minutos a partir de ahora para ponerse al día. La persona que no lo haga de esta manera tendrá todos sus próximos turnos cancelados. Si vuelve a pasar, estará fuera de el equipo. Última vez que hablo sobre este tema.
[1/25/24, 3:54:28 p.m.] Cristina Paola: @Luis Rivero tus próximos días en horario para esta semana quedan cancelados.
[1/25/24, 3:55:02 p.m.] Maga Bistro: Cristina Paola quitó a Maga Bistro.
[1/26/24, 2:13:30 p.m.] Cristina Paola: Buenas tardes!

[3/22/24, 9:05:31 p.m.] Nicol Bistro: Buenas noches para todos! *Mensaje recordatorio*
Todos los meseros saben que tienen que estar al día tanto con los Runners como con los bartenders.
Si en algún momento ustedes llegan a tener un problema con su zelle o X motivos, ustedes tienen que avisarme a mí ya que yo soy la que les comunica a ellos este tipo de contratiempos.
La falta de sus pagos hacia los runners o bartenders, se verán afectados como consecuencias hacia su horario de trabajo. Espero su colaboración con este tema. Feliz noche!
[3/22/24, 9:35:10 p.m.] Nicol Bistro: Por favor todos confirme el mensaje
[3/22/24, 9:35:44 p.m.] Juan Bistro: Entendido !
[3/22/24, 9:35:49 p.m.] Michell Montejo: Entendido
[3/22/24, 10:07:17 p.m.] Cristina Paola: Meseros!!! Los pagos se realizan de jueves a miércoles!!!!
Lo he explicado mil veces, el miércoles si usted trabaja… al salir del turno CUANDO YA SABE CUANTA PROPINA REALIZO, envía los respectivos pagos.

[4/16/24, 1:38:47 p.m.] Cristina Paola: Meseros!!! Vuelvo a explicarles para los que no han entendido y están oponiéndose a las reglas.
Si usted abrió y se le corta el turno temprano, tiene dos opciones si aun tiene mesas por cobrar.
1. Transferir la mesa a otro mesero ponchar clock out y irse.
2. Ponchar break in terminar su mesa, hacen checkout luego break out y clock out.

Esta es la manera que llevamos trabajando hace mas se una semana. Y hay algunos meseros que les he explicado mas de una vez.
[4/16/24, 1:39:25 p.m.] Cristina Paola: Si no me están siguiendo las normas, no voy a estar detrás de ustedes para hacerlos entender.
[4/16/24, 1:43:01 p.m.] Cristina Paola: El hecho de hacer break in es para su beneficio y que usted pueda tener la propina de esa última mesa. Si no lo van a valorar entonces se va a cancelar y automáticamente usted transfiere esa mesa y SE VA.  Asi que me avisan!!! <Se editó este mensaje.>

[5/19/24, 7:48:44 p.m.] Cristina Paola: Meseros!!! Vuelvo a explicarles 👑👑👑👑👑
Si usted abrió y se le corta el turno temprano, tiene dos opciones si aun tiene mesas por cobrar.
1. Transferir la mesa a otro mesero ponchar clock out y irse.
2. Ponchar break in terminar su mesa, hacen checkout luego break out y clock out.

Hay meseros que no estan ponchando el break in para terminar sus mesas. Si veo que no están aprovechando la oportunidad la opción 2 estará cancelada y automáticamente transferirán sus mesas a otro mesero aunque pierdan esa propina, ya que su turno acabo y deberá ponchar al momento.

[6/9/24, 8:27:24 p.m.] Cristina Paola: Buenas noches!
Al momento que vayan a comer, sea desayuno o almuerzo DEBEN PONCHAR EL BREAK. Este mensaje aplica para todos incluyendo los gerentes encargados de turno.
[6/9/24, 8:35:12 p.m.] Cristina Paola: Meseros!!! Vuelvo a explicarles 🎉 🎉 🎉 🎉 🎉
Si usted abrió y se le corta el turno temprano, tiene dos opciones si aun tiene mesas por cobrar.
1. Transferir la mesa a otro mesero ponchar clock out y irse.
2. Ponchar break in terminar su mesa, hacen checkout luego break out y clock out.

Vuelvo a explicarlo para que refresquen la memoria. Si hacen el break in es porque usted decidió terminar su mesa para no transferirla. El hecho de que este break in no significa que va a tomar nuevas mesas, es solo para terminar la que estaba comenzada. Este mensaje va dirigido para todos los meseros y gerentes de turno.

[10/3/24, 12:30:13 p.m.] Cristina Paola: Meseros!!! 🎉 🎉 🎉
Si usted abrió y se le corta el turno temprano, tiene dos opciones si aun tiene mesas POR COBRAR:
1. Transferir la mesa a otro mesero ponchar clock out y irse.
2. Ponchar break in terminar su mesa, hacen checkout luego break out y clock out.
Esta opción es valida solo si la mesa ya comió y solo falta cobrarle. Si usted tiro la comida y se le corta turno TIENE QUE TRANSFERIR LA MESA. Si la mesa está comiendo y se le corto el turno TIENE QUE TRANSFERIR MESA.

Necesito que este mensaje sea confirmado.

[7/19/24, 5:35:35 p.m.] Cristina Paola: @Moisés Medina Bistro
@Guido Bistro
Recuerden pasar su propina de zelle a baristas.

[8/9/24, 8:55:34 p.m.] Paula Sanchez Bistro: Buenas noches, quería recordarles que el martes 06 fui bartender y pueden transferirme por acá
7867097822
Gracias :)
[8/9/24, 8:56:36 p.m.] Cristina Paola: Buenas noches @Paula Sanchez Bistro si fuistes bartender el martes 6, se supone que todos te hayan pagado el miércoles 7. Porque estas pasando un recordatorio?
[8/9/24, 8:59:54 p.m.] Paula Sanchez Bistro: Tengo aún dos personas que no me han pagado
[8/9/24, 9:00:59 p.m.] Cristina Paola: Verifico la propina de los faltantes y te dejo saber.

[12/5/23, 7:16:58 a.m.] Cristina Paola: IMPORTANTE!!!
Este miércoles le pagarán a loa runner y bartenders cualquier tipo de deuda que tengan con cada uno de ellos. Y desde el jueves 7 de Diciembre se comenzará a pagar la propina de ellos DIARIAMENTE, lo harán todas las tardes antes de cruzar la puerta de salida. Si algun mesero no puede hacer el pago todos los días por alguna razón, se comunicará con @Nicol Bistro y ella se encargará que al momento de cobrar usted realice los pagos correspondientes.

[1/4/24, 2:19:51 p.m.] Cristina Paola: Meseros:
Saben que la propina de baristas y bartender SE PAGA EL MISMO DIA.
Tengo:
@Lebron 🐐 Bistro @Juan Bistro @Mateo Bistro que no han pagado bartender.
[1/4/24, 2:19:57 p.m.] Cristina Paola: Necesito que paguen esto ya.
[1/4/24, 2:21:04 p.m.] Cristina Paola: @Cristian @Luis Rivero deben el bartender de el
domingo, TIENEN QUE PAGAR EL MISMO DIA CUANDO SON DOS BARTENDER PARA QUE PUEDAN DIVIDIR.

[1/8/23, 5:44:45 PM] Randy Bistro: Equipo debemos estar al pendiente de no botar los
ramiquen y cubiertos a la hora de limpiar los platos!! Estamos sobre comprando de estos
materiales y si esto sigue ocurriendo aumentará la cuota de los misceláneos y los runners
tendran que cooperar igual!!

[1/8/23, 7:41:13 PM] Guido Manager Bistro: Andrés
Bella
Sophie
Cristian
Maria
Diana
FALTAN POR MISCELÁNEOS
MAÑANA EN LA MAÑANA DEBEN ESTA EN EL SOBRE !!!!
[1/8/23, 7:41:32 PM] Christian Bistro : ✅
[1/8/23, 7:41:45 PM] Cristina Bistro Cafe: Saben que tienen de lunes a domingo para
pagarlo. Si no estan en el sobre mañana a primera hora sera penalizados.
[1/8/23, 7:42:02 PM] Diana Bistro: Entendido

[1/16/23, 7:14:05 AM] Cristina Bistro Cafe: @17864144180 @17875564033 @17865993711 deben
sus misceláneos. Tienen hasta 10:00 am para pagarlos.
[1/16/23, 7:15:22 AM] Cristina Bistro Cafe: @17864144180 @17875564033 por ser primera
semana que comienzan estan excusados. Recuerden que tienen hasta domingo para pagarlos.
@17865993711 tienes memo automáticamente. Puedes pasar a firmarlo.

[5/30/22, 7:10:37 AM] Cristina Bistro Cafe: @13477072280 @17185007706 cuando puedan envíen
sus misceláneos porfavor.

[6/25/22, 7:13:58 PM] Cristina Bistro Cafe: Desde la semana próxima el pago de misceláneos
sera $20.00. 🎉 🎉
[6/25/22, 7:18:46 PM] Santiago Bistro: M

[7/24/22, 8:15:47 PM] Guido Manager Bistro: @17865833197
@17542264322
Faltan por los misceláneos recuerden que se pueden entregar en toda la semana hasta el día
de hoy (Domingo)
Tiene hasta mañana a primera hora para traerlos

[8/1/22, 12:57:53 PM] Randy Bistro: @13054967847 Faltas de los misceláneos. Tienes hasta hoy para enviarlos a mi zelle.

[8/29/22, 9:01:28 AM] Randy Bistro: Muchachos buenos días!
Recuerden que el pago de los misceláneos no puede excederse de los domingo, se ha tocado este tema varias veces. @13054967847 @13053053218 tienen hasta el medio día

[9/12/22, 7:42:47 AM] Cristina Bistro Cafe: @17865695739 @17865993711 @13056083349 @ 17867365347
Todos deben los miscelaneos, esto se debe entregar durante cada semana, tienen hasta los domingos. No esperen al lunes a que yo tenga que enviarles mensajes. Tienen hoy hasta 12:00 pm.