UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25762-BECERRA/TORRES

CRISTIAN CAMILO BLANCO ACOSTA
and SERGIO ARDILA ORTIZ,

     Plaintiffs,

vs.

JCRB INC. D/B/A BISTRO CAFÉ,
JAN KARLO RUIZ ORTIZ, and
TAMARA PEREZ FELICIANO,

     Defendants.

_____/

<u>DECLARATION OF ANDRES VARGAS HERNANDEZ</u>

I, Andres Vargas Hernandez, make the following sworn declaration pursuant to 28 U.S.C. § 1746 and declare under penalty of perjury, as follows:

1.     My name is Andres Vargas Hernandez. I am over eighteen years old and have personal knowledge of the matters stated herein.

2.     I worked for Bistro Café as a bartender from approximately November 2021 through November 2022.

3.     During my employment, I regularly worked alongside servers, runners, baristas, kitchen staff, and other restaurant employees.

4.     During my employment, I regularly worked more than forty hours per workweek.

5.     I was not paid all overtime compensation that I was owed for those workweeks.

1

6.      I personally observed that other bartenders and other hourly employees including servers who regularly worked more than forty hours per workweek as well.

7.      During my employment, I regularly worked alongside numerous other Bistro Café employees, including multiple servers, runners, baristas, and other bartenders on every shift. Based on my personal observations, servers and other bartenders were subject to the same pay practices I experienced, including the same overtime policies.

8.      Throughout my employment, although employees came and went, I continued to observe servers making mandatory tip-out payments to bartenders and other employees under the same restaurant-wide system.

9.      I also observed management require employees to continue performing work after clocking out or after their scheduled shifts had ended.

10.     These overtime practices were not unique to me. Based on my personal observations while working alongside other bartenders and servers, management followed the same overtime practices with other hourly employees.

11.     I discussed these pay practices with other Bistro Café employees during my employment.

12.     Based upon my own observations and conversations with coworkers, several employees expressed concerns about these pay practices, and I believe many would choose to join this lawsuit if they received Court-authorized notice.

13.     Based upon those conversations, I believe many current and former Bistro Café employees would be interested in joining this lawsuit if they received notice from the Court.

Coral Gables, Florida | Detroit, Michigan
FairLaw Firm

DECLARATION

By my signature below, I execute this declaration in Miami-Dade County, Florida, and declare under penalty of perjury that the foregoing is true and correct.

By: ___Andres Vargas (Jun 29, 2026 17:34:40 EDT)_____

ANDRES VARGAS HERNANDEZ

Jun 29, 2026
_____
DATE

3