12:17

**Feb 6, 2025**



Me faltan 2 dólares del Barista    4:12 PM

Mañana se los doy a jeanpi    4:13 PM ✓✓

Sorry    4:13 PM ✓✓



4:15 PM

**12:05**

< 3  **Nicol Bistro**

Los $16 del Barista son zelle?   5:28 PM

Porque no me dejaste el efectivo de ellos   5:28 PM



5:29 PM

Creo haber dejado un billete de 20$ más   6:00 PM ✓✓

Me faltó ???   6:01 PM ✓✓

Eran 16$ creo y pensé dejar 20$ porque seguro tú me guardas el vuelto   6:01 PM ✓✓

Si , si no los dejé les transfiero   6:01 PM ✓✓

+

**12:06**

‹ 3   **Nicol Bistro**

<u>+1 (786) 413-8369</u>
Pago pendiente con Jose el runner que trabajo el martes pasado por fa pásaselo y me pasas capture     3:24 PM

Ayyy siii verdad    3:34 PM ✓✓

Dale ya la hago    3:34 PM ✓✓

○ Cristina
✓ Ruano
○ Nicol
✓ Michell
○ Carlos
○ Eva
○ Juan
○ Rivero
✓ Andrey
✓ Paula

<u>Domingo 22</u> fui runner de platos

3:35 PM ✓✓

**Dec 28, 2024**

**Su pago fue enviado**
Las fechas de transacción se basan en la hora del este.

Imprimir o guardar

A            JOSE MORENO BELTRAN
             786-413-8369
             Inscrito como JOSE MORENO
             BELTRAN

Desde        Adv SafeBalance Banking –
             3521

< 3 Cristina Bistro



7:17 AM

🚫 *This message was deleted.* 7:17 AM

🚫 *This message was deleted.* 7:44 AM

🚫 *This message was deleted.* 7:44 AM

🚫 *This message was deleted.* 7:44 AM

Le debes a la caja 235 y me dejaste solo 226. 7:45 AM

No estan los 15 del barista. Envialos por zelle y me envias evidencia. 7:45 AM

Los 9 que debes a la caja yo los puse, me los envias a mi por zelle a mi email. 7:45 AM