UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25762-BECERRA/TORRES

CRISTIAN CAMILO BLANCO ACOSTA
and SERGIO ARDILA ORTIZ,

Plaintiffs,

vs.

JCRB INC. D/B/A BISTRO CAFÉ,
JAN KARLO RUIZ ORTIZ, and
TAMARA PEREZ FELICIANO,

Defendants.
_______________________________________/

**PLAINTIFFS' NOTICE OF NINETY DAYS EXPIRING**

Plaintiffs, Cristian Camilo Blanco Acosta and Sergio Ardila Ortiz, hereby notify the Court that ninety (90) days have elapsed since the filing of the following motions, without a hearing or ruling thereon:

1. Defendants' Motion to Dismiss Plaintiffs' Amended Complaint [ECF No. 19];
2. Plaintiffs' Motion for Leave to File Second Amended Complaint [ECF No. 27]; and
3. Plaintiffs' Motion for Class Certification and Incorporated Memorandum of Law [ECF No. 30].

On July 1, 2026, the Court stayed all then-pending motions, including ECF Nos. 19, 27, 30, and 33, pending completion of the settlement conference. [*See* ECF No. 36]. The settlement conference has since occurred, and the parties resolved the wage claims asserted under the Fair Labor Standards Act and Florida Minimum Wage Act. Accordingly, Plaintiffs' Corrected Motion

for Conditional Certification of Collective Action and for Court-Facilitated Notice [ECF No. 33] is now moot.

Respectfully submitted this 8th day of October 2026,

s/ Patrick Brooks LaRou
Brian H. Pollock, Esq. (174742)
brian@fairlawattorney.com
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiffs*