UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:25-CV-25762-BECERRA/TORRES

CRISTIAN CAMILO BLANCO ACOSTA
and SERGIO ARDILA ORTIZ,

Plaintiffs,

vs.

JCRB INC. D/B/A BISTRO CAFÉ,
JAN KARLO RUIZ ORTIZ, and
TAMARA PEREZ FELICIANO,

Defendants.
_________________________________/

**JOINT CONSENT TO U.S. MAGISTRATE JUDGE JURISDICTION**

Pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, all parties to this action, through undersigned counsel, voluntarily waive their right to proceed before a United States District Judge and consent to have United States Magistrate Judge Edwin G. Torres conduct all further proceedings in this case, including trial, the entry of final judgment, and all post-judgment proceedings. Any appeal from a judgment shall be taken directly to the United States Court of Appeals for the Eleventh Circuit pursuant to 28 U.S.C. § 636(c)(3). The parties do not consent to reassignment to any other or successor Magistrate Judge.

Respectfully submitted this 28th day of October 2026,

s/ Patrick Brooks LaRou
Patrick Brooks LaRou, Esq. (1039018)
brooks@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue, Suite 770
Coral Gables, Florida 33146
Telephone: (305) 230-4884
*Counsel for Plaintiffs*

s/ Jorge Zamora, Jr.
Jorge Zamora, Jr. (94713)
jzamora@gunster.com
GUNSTER, YOAKLEY & STEWART, P.A.
600 Brickell Avenue, Suite 3500
Miami, Florida 33131
Telephone: (305) 376-6000
*Counsel for Defendants*