**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.: 25-cv-25762-JB**

CRISTIAN CAMILO BLANCO ACOSTA,

Plaintiff,

v.

JCRB INC. D/B/A BISTRO CAFÉ, *et al*.

Defendants.
_______________________________________/

**ORDER TRANSFERRING CASE TO MAGISTRATE JUDGE**

**THIS CAUSE** comes before the Court upon the parties' Joint Consent to U.S. Magistrate Judge Jurisdiction. ECF No. [39]. Pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules for the Southern District of Florida, and in accordance with the Parties' consent and election, this case is hereby **REFERRED** to United States Magistrate Judge Edwin G. Torres to take all necessary and proper action as required by law, through and including trial by jury and entry of final judgment. All papers filed in this matter shall bear the caption **CASE NO. 25-CIV-25762-TORRES**.

The Clerk is directed to **REMOVE** all pending hearings and trial dates set in this matter from Judge Becerra's calendar and **REASSIGN** this case to Magistrate Judge Torres for all further proceedings.

**DONE AND ORDERED** in Miami, Florida this 28th day of October, 2026.

_______________________________________
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**