**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 25-25762-Civ-TORRES

CRISTIAN CAMILO BLANCO ACOSTA, *et al,*

*Plaintiffs*,

v.

JCRB INC., *et al,*

*Defendants*.
______________________________________/

## ***ORDER APPROVING PARTIAL SETTLEMENT***

This matter is before the Court on consent and following a settlement conference conducted on August 12, 2026. The parties settled several claims asserted in the action, specifically the claims in Count II through V of the complaint involving federal and state wage claims under the Fair Labor Standards Act and the Florida Minimum Wage Act.

During the settlement conference, the Court approved the material terms of the parties' settlement. That settlement was then memorialized by the parties' written Settlement Agreement and Limited Release entered September 30, 2026. The Court has also reviewed that settlement agreement in camera. Pursuant to *Lynn's Food Stores, Inc. v. United States,* 679 F.2d 1350, 1353 (11th Cir. 1982), the Court finds that the parties' settlement of the wage claims in the action was achieved

through representation of all parties by experienced counsel. The Parties' settlement of these claims is the result of a bona fide compromise between them on a variety of disputes of law and fact. The settlement negotiated and reached by the Parties reflects a reasonable compromise of the disputed issues. The Parties, through their attorneys, voluntarily agreed to the terms of their settlement during negotiations. The Court finds that the provisions of the parties' agreement are fair and reasonable under the Fair Labor Standards Act. Accordingly, as orally set forth on the record of the settlement conference and through this Order, the settlement is APPROVED.

In accordance with the parties' agreement, an Order of Dismissal as to the affected claims should be filed. The entry of such dismissal does not terminate the action as claims arising under 26 U.S.C. § 7434 were not included in the parties' settlement.

Finally, for that purpose, the parties shall file three proposed dates for a specially set trial and pretrial deadlines for resolution of the litigation. If the parties prefer to convert the current Scheduling Order for that purpose they should so advise in the joint submission. The parties' submission is due within twenty one days, together with the stipulated dismissal of the affected claims.

**DONE AND ORDERED** in Chambers at Miami, Florida this 23rd day of November, 2026.

*/s/ Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge